

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEW HAMPSHIRE

MICHAEL R. SMITH, PRO SE

PLAINTIFF

                    V.                    CASE NO: 1:23-cv-00450-SM-TSM


GOEERNOR, NH STATE EL. AL.

HELEN HANKS, COMMISSIONER

MICHELE EDMARK, WARDEN

JOHN FORMELLI, ATTORNEY GENERAL

### 1. Jurisdiction

The United States District Court has jurisdiction over the following claims under 42 USC § 1983 deprivation of counsel in violation of the 6th Amendment, Due Process pursuant to the 14th Amendment, Debial of Access to Court.

### 2. Plaintiff

A) Michael R. Smith: Plaintiff is currently housed at New Hampshire Department of Correction for Men in Concord, NH 03301: Plaintiff is a Citizen of United States.

### 3. Defendants

A) Helen Hanks: Is the Commissioner of New Hampshire Department of Corrections at 281 North Main Street, Concord, NH 03301, Defendant is being sued in her individual and official capacity,

B) Michele Edmark: Is Warden of the New Hampshire Department of Corrections at 281 North Main Street, Concord, NH 03301, Defendant is being sued in her individaal and official capacity,

C) Christopher Sununu: Is Governor of New Hampshire and is the Executive Branch of Government at 107 North Main Street, Concord, NH 03301, Defendant is being sued in his individaal and official capacity,

D) John Formelli: Is Attorney General of New Hampshire and is the Department of Corrections Legal Counsel: Defendant is being sued in his individual and official capacity.

### 4. Background

A) Plaintiff is currently incarserated at New Hampshire State Prison.

The D.O.C. (Concord) consist of an institution of multiple security levels ranging from Super Max, Maximum, Medium

page 1

Security. Convicts are entitled to their legal work at all
Security Levels.

## 5. Statement of Facts

A) On July 15th, 2024, I was moved from North Unit for not
signing a staement saying that I was unsafe, at which time
Mental Health Ms. Deeces instructed the guards to follow
State Prison Protocal for not following orders. Mental Health
Ms. Deeces said that Warden Edmark was concerned about the
letter Plaintiff sent to there Parol Board concerning
Clifford Avery's behavior.

B) Plaintiff was hanđcuffed and taken to medical for psychiatic
evaluation prior to going to S.H.U. after being axia evaluated
was placed again in handcuffs an stood by the hallway and
out of nowhere Sgt Cordcova who Plaintiff have filed many
complaints  removed the handcuȷffs on wrist and put his onto
Plaintiff tight leaving cuff marks. Walked Plaintiff over
to S.H.U. pulling on leff arm trying to get him to misstep
or fall against him, instead of strip searching Plaintiff
in a camera room he walked Plaintiff to G13 cell and did
a stripp search outside of his body camera.

C) About a hour later Sgt. CORDCOVA CAME TO CELL G13 and brought
Plaintiff a bed sheet wrapped up two blankets, one tee shirt,
5 single soxes not matching, tablèt, earbuds and chargeđ,
no hygeae products or legal work or the three boxes of
legal work.

D) On July 14th, 2024, while Plaintiff was filing a motion to
Ne3w Hampshire Supreme Courtand also to U.S. District Court
exposing Chief Justice as former attorney general concerning
Plaintiff's Mandatory Appeal in the New Hampshire Supreme
Court.

E) In September of 2023 when Plaintiff filed the current lawsuit
Plaintiff also filed a Objection to Executors Accountяng 5th
Report to all Plaintiff's in that case from 7th Circuit Probate
Court.
The Objection that was filed to 7th Circuit Probate Court a
copy that was sent to Plaintiff or disinherited US Naval
Academy was returned claiming that this address didn't exist
but on àll court documents their address appears. Because the

attorney Lisa Strobel assented to a Fraudulent Accounting
Report Because Attorney Alexendra Saanen Cote from McLane
& Middleton filed this report with a TreasuryDirect
Calculation Value Sheet from June Of 2017, knowing they didn't
receive these thirty treasury bonds until after October 25,
2019.

F) When I was removed from North Unit 1A the guards took the
three boxes of legal documents from my criminal case in 7th
Circuit Superior Court 219-2018-CR-00413 and the Mandatory
Appeal case in New Hampshire Supreme Court 2022-0647.

G) Plaintiff waited until July 29, 2024 to send a Inmate Request
Slip to Property Manager asking for property and didn't get
a response.
On August 2nd, 2024 I was moved to Hancock Building as
Plaintiff couldn't understand why he didn't receive his
property placed in storage, because every inmate that was
leaving S.H.U. was given their property except Plaintiff.
When Plaintiff was placed in Hancock Building and presently
held wrote a Inmate Request Slip on August 15th, 2024 to
property manager asking for his legal boxes plus property.
On August 16th, 2024 Capt. Totten brought a laundry case
with Plaintiff's belongings and the three boxes plus property.
Capt. Totten refused Plaintiff's three boxes of legal documents
and requested Plaintiff provide three active cases in court,
and Plaintiff obliged by providing 5 active cases on a Inmate
Request Slip.

H) On August 29, 2024 Plaintiff sent a Legal Notice to Warden
Michele Edmark regarding these boxes of legal documents she
refused to respond.

I) Around September 27th, 2024 a Legal Notice was sent to
Commissioner Helen Hanks to this date no response.

J) Plaintiff has filed Grievances, Letters and Inmate Request
forms to Governor Christopher Sununu, Attorney General John
Formelli having no success, even notifying New Hampshire
Supreme Court and US District Court no success.

K) Plaintiff then copied all of the court documents and tried
to send out to the Internal Revenue Services, Federal Bureau

of Investigation, Department of Justice, Administrative Judge, Solicitor General and Department of Inspector General not knowing that New Hampshire State Prison Mailroom Sgt. and Cpl. was interfering abd obstructing the mail to be delivered to these agencies.

Then on 9/11/2024 Plaintiff received 2 five day notices along with copies of each envelopes to all Federal and Court Agencies saying that the addresses were incorrect and not enough postage it didn't make sense because it was from the law libuary Federal Address book.

These envelopes contained many legal documents regarding the crimes committed by Assistant Attorney General Brandon Garod and James Comosa jr., and his legal team, Plaintiff also sent the Governor, Attorney General, New Hampshire Supreme Court and US District Court copies so no one could say they were not aware. Then Plaintiff sent New Hampshire Judicial Conduct Committee, US District Court and my unnamed attorney the 2 5 Day Notices, but Plaintiff sent his attorney copies of these envelopes.

## 6. Legal Claims

A) Plaintiff has been deprived of his legal work for 87 days.
B) Plaintiff has been deprived Access to Courts or Federal Agencies or News Media.
C) Plaintiff has been deprived proper medical attention to be seen by a Pulmonoligist for his lung disease of 15 years.
D) Plaintiff is being deprived from eminent danger environment because the Hancock Building that has over 400 men is infested with BLACK MOLD and condembed for more than 6 years grossly being negligent to injuring each inmate as Plaintiff, Their actions goes beyond criminal and negligence injuring thousands knowingly causing unnecessary health diseases and health illnesses that inmates have dealt with or died being housed in Hancock Building,

## 7. Relief

A. Plaintiff ask thatb this Honorable Court order a investigation with the Federal Bureau of Investigation and Internal Revenue Service.
B. Plaintiff ask this Honorable Court to forward this matter

before the Judicial Conduct Committee and Administrative Judges for their recommendations.

C. Plaintiff ask to be released from New Hampshire State Prison until these matters are addressed.

D. Plainfiff ask this Honorable Court that US District Judge Steven McAuliffe and US Magistrate Judge Talesha Saint-Marc recuse themselves until the Judicial Conduct Committee and the Feds Investigate.

Plaintiff is attaching a number of documents to show each channel of Grievance was followed but these individuals never followed F Federal or State Laws that govern their authority, position or power even though they held Plaintiff to these standards will prove beyond reasonable doubt of their negligence and ignorance of the governing laws of the State of New Hampshire or United States.

What is Disrespectful that their actions injured every TAXPAYERS that place TRUST upon these individuals and will be held to pay the bills for their criminal actions.

I hereby declare under penalty of purjury that the foregoing is TRUE and CORRECT Michael R. Smith, Pro Se.

Date October 11th, 2024                Respectfully Submitted

Michael R. Smith, pro se
Po Box 14,  #51542
Concord, NH 03301


## CERTIFICATE OF SERVICE

I hereby certifly that each party has been sent a copy US mail through the prison mailroom on October  2024 to New Hampshire Governor Christopher Sununu, 107 North Main Street, Suite 102, Concord, NH 03301, New Hampshire Attorney General John Formelli 33 Capital Street, Concord, NH 03301, New Hampshire State Prison Commissioner Helen Hanks, Po Box 1806 Concord NH 03301-1806, New Hampshire State Prison Warden Michele Edmark, Po Box 1806 Concord NH 03301-1806

Attachments:

1) 9/11/2024 5 Day Notice with 2 envelope copies
2) 9/11/2024 5 Day Notice with 5 envelope copies
3) 9/19/2024 5 Day Notice this one had envelope copy to letter going to Solicitor General sent to attorney.
4) Letter to NH Supreme Court Administration 4/17/24
5) Naval Academy Assent 4/1/24
6) Grievance Form 9/15/24 2 pages
7) IRS 10/4/24 6 pages
8) IRS 10/5/24 3 pages
9) IRS 8/23/24 3 pages
10) IRS 8/29/24 3 pages
11) IRS 9/29/24 5 pages
12) Letter to NH Spreme Court, US District Court and Governor Christopher Sununu 7/14/24
13) IRS 10/10/24



Michael R. smith, pro se
Po Box 14, #51542
Concord, NH 03301

District Court of NH
Warren B. Rudman Courthouse, rm 110
55 Pleasant Street
Concord, NH 03301


Date: October 11th, 2024

Re: Access to Courts

To: Clerk of Court,

      Please find a motion regarding violation to Access to Court, Deprivation of Counsel in regarding to legal documents held by New Hampshire State Prison.

      I also request that Judge Steven McAuliffe and US Magistrate Judge Talesha Saint-Marc recuse their selves from presiding over this case as I have asked for assistance from the Administrative Judge, Federal Bureau of Investigation plus the Internal revenue Services in recent letters to their agencies.

      I also attaching a number of documents as evidence to show beyond a reasonable doubt that interference, obstructioin of Justice and other crimes have occurred in the courts who violated their Code of Conduct and committing crimes to cover crimes. This motion will be forwarded to those agencies above plus the Department of Justice because of the magitude of each person who holds position of authority and power to punish and not abuse their position for financial or personal gain.

                    Respectfully Submitted


                    Michael R. Smith, pro se

CC: Administrative Judge
    Federal Bureau of Investigation
    Internal revenue Services
    Department of Justice


      We were told again that there is no libuary so we can't make copies to send to any of the Defendants, we know there is enough staff as regular Shifts, this also proves mismanagement of TAX Dollar Funds by Administration

# STATE OF NEW HAMPSHIRE

### 5 Day Notice

**FROM**    Property Room/Mail Room                    **DATE** _9/11/24_

**SUBJECT**    Unauthorized Property

**TO Inmate** _Smith, Michael_    I.D.# _51542_    Unit/Cell # _HA_

According to P/PD 9.2, You have excess/unauthorized mail/property that needs to be removed from the NH State Prison. The following is a list of excess/unauthorized mail/property:

_2 envelopes / parcels    returned for    incorrect Address_

_Will be    destroyed    on    9/30    if no    answer_

This property must be removed from the institution within 5 business days from the date received by above listed inmate.

Complete one of the below listed disposal methods and return this form to the property office upon reception of notice. Failure to respond within the prescribed time will result in the mail/property being considered contraband.

You have the following options:                    I received this notice on _____

**Mail**    Name _____          Signature _____

        Address _____          Disposed on (this date) _____

        City _____             Per (instruction/policy) _____

        State _____ Zip Code _____        Staff (property officer) _____

**Donate**    Signature _____        **NOTE** If you choose to have someone pick up your property and they do not pick it up on the day noted below, your property will be mailed to the address given.

        Date _____

**Destroy**    Signature _____

        Date _____             Property Pick-up at Mailroom
                                        Monday  Wednesday  Saturday
                                        0800-1200

Property Picked Up By _____    Persons Name _____

Day of Pick Up _____          Address _____

Day of Week _____    City _____ State _____ Zip _____

Date _____    Signature of Person Receiving Property _____

**THIS IS YOUR ONE AND ONLY NOTICE**                    Date _____

SP36        1.) WHITE • OFFENDER RECORDS        2.) CANARY • INMATE        3.) PINK/GOLDENROD • PROPERTY OFFICER

Michael R Smith pro se    61543
Po Box 14                 Legal Self
Concord, NH 03301

MANCHESTER NH 030
26 AUG 2024 PM 3 L

Federal Bureau of Investigations
15 New Sudbury Street
Boston Mass, 02203-0402

MIXIE      013    CE 1          2209/02/24
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC:  03302001414    *1363-02629-26-41

*"Mailed from the NH State Prison. Contents have not
been evaluated. Not Responsible for content/substance."*

Michael R Smith pro se   51542   MANCHESTER NH 030
Po Box 14                        Legal Self Representation
Concord NH 03301

Office of Administration Law Judges
1550 Crystal Drive, 9th Floor
Arlington Va 22152-1080

NIXIE          231   4E 1          0209/02/24

Ley

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 05302001414        *1163-02414-26-41

*"Mailed from the NH State Prison. Contents have not
been evaluated. Not Responsible for content/substance."*

# STATE OF NEW HAMPSHIRE

## 5 Day Notice

**FROM**       Property Room/Mail Room                          DATE __9/11/24__

**SUBJECT**       Unauthorized Property

**TO Inmate** Smith, Michael   I.D.# 51542        Unit/Cell # HA

According to P/PD 9.2, You have excess/unauthorized mail/property that needs to be removed from the NH State Prison. The following is a list of excess/unauthorized mail/property:

1 Package to  N.E Field Office  + 3 Others

1 FBI Parcel                    Copies of envelopes Attached.

_____ Postage Due on both   Will be destroyed on 9/30 If no answer.

This property must be removed from the institution within 5 business days from the date received by above listed inmate.

Complete one of the below listed disposal methods and return this form to the property office upon reception of notice. Failure to respond within the prescribed time will result in the mail/property being considered contraband.

<u>You have the following options:</u>

<u>Mail</u>       Name _____

Address _____

City _____

State _____ Zip Code _____

<u>Donate</u>   Signature _____

Date _____

<u>Destroy</u>   Signature _____

Date _____

<u>Property Picked Up By</u>

<u>Day of Pick Up</u>

Day of Week _____

Date _____

I received this notice on _____

Signature _____

Disposed on (this date) _____

Per (instruction/policy) _____

Staff (property officer) _____

<u>NOTE</u> If you choose to have someone pick up your property and they do not pick it up on the day noted below, your property will be mailed to the address given.

Property Pick-up at Mailroom
Monday  Wednesday  Saturday
0800-1200

Persons Name _____

Address _____

City _____ State _____ Zip _____

Signature of Person Receiving Property _____

<u>THIS IS YOUR ONE AND ONLY NOTICE</u>                       Date _____

SP36       1.) WHITE • OFFENDER RECORDS       2.) CANARY • INMATE       3.) PINK/GOLDENROD • PROPERTY OFFICER

Michael R Smith pro Se 51542

Legal Self Representative

Po Boa 14

Concord, NH 03301



RETURN TO
SENDER
POSTAGE DUE

Federal Bureau of Investigation

J. Edgar Hoover Bldg

935 Pennsylvania Ave

N. W. Washington OC
20535-0001

Legal/Privilege mail

Mailed from the N.H. State Prison.
Contents have not been evaluated.
Not responsible for content/substance.

Michael R. Smith, pro se    51642

PO Box 14

Concord, NH 03301

Legal Self Representative

RETURN TO
SENDER!
POSTAGE DUE
PCS

Dept of Justice

950 Pennsylvania Ave

N.W. Washington DC

20530-0001

Mailed from the N.H. State Prison.
Contents have not been evaluated.
Not responsible for content/substance.

Legal & Privilege Mail

Michail A Smith pro se  5/5/92

PO Box 14
Concord, NH 03301

Legal Self Representative



RETURN TO
SENDER
POSTAGE DUE

US Attorney Generals Office
Criminal Division.
950 Pennsylvania Ave, Room 2107
NW Washington DC 20530-0001

Legal / Privilege

Mailed from the N.H. State Prison.
Contents have not been evaluated.
Not responsible for content/substance.



Michael R. Smith pro se        61542

Po Box 14

Concord, NH. 03301

*Legal Self Representative*

Postage due $2.70

New England Field Office

RETURN TO SENDER/ POSTAGE DUE

RETURN TO SENDER/ POSTAGE DUE

Legal/Privilege mail

Mailed from the N. H. State Prison.
Contents have not been evaluated.
Not responsible for content/substance.

Michael R Smith pro Se          31543

Po box 14                       Legal Field Repersentative

Concord, NH 03301

Postage Due    $7.06

Federal Bureau of Investigation

RETURN TO
SENDER/
POSTAGE DUE

RETURN TO
SENDER/
POSTAGE DUE

Mailed from the N.H. State Prison.
Contents have not been evaluated.
Not responsible for content/substance.

Privilege / Legal documents

# STATE OF NEW HAMPSHIRE

## 5 Day Notice

**FROM**    Property Room/Mail Room      **DATE** 9/19/24

**SUBJECT**   Unauthorized Property

**TO** Inmate Michael Smith   I.D.# 51542   Unit/Cell # HA

According to P/PD 9.2, You have excess/unauthorized mail/property that needs to be removed from the NH State Prison. The following is a list of excess/unauthorized mail/property:

Return to Sender legal mail, copy of envelope attached, Letter to Solicitor General will be destroyed on 10/10/24 if you do not respond

This property must be removed from the institution within 5 business days from the date received by above listed inmate.

Complete one of the below listed disposal methods and return this form to the property office upon reception of notice. Failure to respond within the prescribed time will result in the mail/property being considered contraband.

**You have the following options:**

**Mail**

Name _____

Address _____

City _____

State _____ Zip Code _____

**Donate**   Signature _____

Date _____

**Destroy**   Signature _____

Date _____

Property Picked Up By _____

Day of Pick Up _____

Day of Week _____

Date _____

I received this notice on _____

Signature _____

Disposed on (this date) _____

Per (instruction/policy) _____

Staff (property officer) _____

**NOTE** If you choose to have someone pick up your property and they do not pick it up on the day noted below, your property will be mailed to the address given.

Persons Name _____

Address _____

City _____ State _____ Zip _____

Signature of Person Receiving Property _____

**THIS IS YOUR ONE AND ONLY NOTICE**     Date _____

1.) WHITE - OFFENDER RECORDS    2.) CANARY - INMATE    3.) PINK/GOLDENROD - PROPERTY OFFICER

# STATE OF NEW HAMPSHIRE

## 5 Day Notice

**FROM**      Property Room/Mail Room                                    **DATE** 10/10/24

**SUBJECT**   Unauthorized Property

**TO Inmate** Micheal Smith    I.D.# 51542    Unit/Cell # HC

According to P/PD 9.2, You have excess/unauthorized mail/property that needs to be removed from the NH State Prison. The following is a list of excess/unauthorized mail/property:

Legal mail returned to sender - not enough postage & no cash withdrawal slip provided to verify. - NH Judicial Conduct will be destroyed 11/1/24

This property must be removed from the institution within 5 business days from the date received by above listed inmate.

Complete one of the below listed disposal methods and return this form to the property office upon reception of notice. Failure to respond within the prescribed time will result in the mail/property being considered contraband.

---

**You have the following options:**

I received this notice on _____

**Mail**    Name _____

Signature _____

Address _____

Disposed on (this date) _____

City _____

Per (instruction/policy) _____

State _____ Zip Code _____

Staff (property officer) _____

**Donate**    Signature _____

**NOTE** If you choose to have someone pick up your property and they do not pick it up on the day noted below, your property will be mailed to the address given.

Date _____

**Destroy**    Signature _____

Date _____

Property Picked Up By _____        Persons Name _____

Day of Pick Up _____        Address _____

Day of Week _____        City _____ State _____ Zip _____

Date _____        Signature of Person Receiving Property _____

**THIS IS YOUR ONE AND ONLY NOTICE**                    Date _____

SP36        1.) WHITE • OFFENDER RECORDS        2.) CANARY • INMATE        3.) PINK/GOLDENROD • PROPERTY OFFICER

Michael R Smith pro se 31542 Legal Representative
PO Box 14
Concord, NH 03301

14oz
7.06

NH Judicial Conduct Committee
132 C[illegible]
Portsm[illegible]

RETURN TO SENDER FOR POSTAGE
Postage Due 7.06
SENDER: REMOVE LABEL, AFFIX POSTAGE, AND REMAIL

Legal/Privilege

Continue of Court Documents for Estate Case requested
You already read + copied these papers from E-File Estate

# STATE OF NEW HAMPSHIRE

## 5 Day Notice

**FROM**    Property Room/Mail Room    **DATE** 10/10/24

**SUBJECT**    Unauthorized Property

**TO Inmate** Michail Smith    I.D.# 51542    Unit/Cell # HC

According to P/PD 9.2, You have excess/unauthorized mail/property that needs to be removed from the NH State Prison. The following is a list of excess/unauthorized mail/property:

Legal mail returned to Sender
will be destroyed on 11/1/24
Ofc of Admin Judge Arlington VA

This property must be removed from the institution within 5 business days from the date received by above listed inmate.

Complete one of the below listed disposal methods and return this form to the property office upon reception of notice. Failure to respond within the prescribed time will result in the mail/property being considered contraband.

**You have the following options:**

I received this notice on _____

**Mail**    Name _____

Signature _____

Address _____

Disposed on (this date) _____

City _____

Per (instruction/policy) _____

State _____ Zip Code _____

Staff (property officer) _____

**Donate**    Signature _____

**NOTE** If you choose to have someone pick up your property and they do not pick it up on the day noted below, your property will be mailed to the address given.

Date _____

**Destroy**    Signature _____

Date _____

Property Picked Up By _____

Persons Name _____

Day of Pick Up _____

Address _____

Day of Week _____

City _____ State _____ Zip _____

Date _____

Signature of Person Receiving Property _____

**THIS IS YOUR ONE AND ONLY NOTICE**

Date _____

SP36    1.) WHITE • OFFENDER RECORDS    2.) CANARY • INMATE    3.) PINK/GOLDENROD • PROPERTY OFFICER

MICHAEL P SMITH # 51542
PO BOX 14
Concord NH 03301

FOREVER / USA   FOREVER / USA   FOREVER

NOVA P&DC 220
TUE 17 SEP 2024   PM

Office of Administrative Judge
1550 Crystal Drive,   9th Floor
Arlington Va 22202

NIXIE        220    4E 1           7209/16/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 03302001414    2027N260113-00698

UTF

Michael R. Smith, pro se
Po Box 14,   #51542
Concord, NH 03301

NEW HAMPSHIRE SUPREME COURT
ADMINISTRATION OFFICE
6 Chenell Ave, Suite 102
Concord NH 03301

Date: April, 17, 2024
Re: 319-2017-ET-00797
To: Court Administration

        I would like to bring a concern to the Court's Administration regarding a appeal that Defendant filed on Febuary 7th, 2024 as Defendant received a receipted copy of his motion. I have attached three pages that were not according to Rule 6 that Defendant had previous filed to this Honorable Court.

        I wanted to bring it to your attention as the paperwork received was unreadable, there were two regular pages per page and per side of front to back. As this court know that any person serving time does not have access to E-Filing in any court settings, and as the State Prison solely violated Defendants legal mail, by opening his mail outside his presents an forwarding all pages of his orginal Appeal to your attention.

        I ask you if it is exceptable to mail any documents that would violate any Court Rules or Laws, to show a abuse of power. Defendant has in Federal Court a lawsuit regarding abuse of power & position against NH State Prison for these types of violations against the Defendant and most of all denying to recognizing any Court proceedings or Rules.

        Defendant isn't coming to you, to start trouble, but to clear out ~~My~~ any confusion that because a individual who files appeals will be consider a nobody who is serving time other than a person living a free life. I have witnessed and my wife have received a number of envepopes unsealed and tampered with as Defendant does received in the same way and have complained.

        ~~Defendant~~ Defendant intends to appeal every financial report that Mary G. Kibbe's Estate Administrator filed with the 7th Circuit Court as they have many decrepencies and violations to NHCOURT website under

New Hampshire Attorney GENERAL Generals Office who proscecutes cybercrime but not the cybercrime commited by James Comosa jr., and Middleton & McLane Law Firm on March 15th, 2018.

I am asking this court for a clarification to mailing a legal letter under this type of format if it would be acceptable with this courts rules. I would like to receive the proper documents to file a appeal and the fees and rules regarding an appeal.

Thank for your time and considerations into this matter

Respectfully Submitted

Michael R. Smith, pro se
Po Box 14, #51542
Concord, NH 03301

Date: April 17th, 2024

3-Exhibits

*For e-Filing only*

### THE STATE OF NEW HAMPSHIRE
### JUDICIAL BRANCH



**http://www.courts.state.nh.us**

Court Name: __7TH CIRCUIT - PROBATE DIVISION - DOVER__

Case Name: __Estate of Mary G. Kibbe__

Case Number: __319-2017-ET-00797__
(if known)

## ASSENT

The undersigned, being all the persons interested, assent to the __Administrator's Sixth Accounting__ _____ and request that it be allowed.

| | |
|---|---|
| __Lisa Strobel, Senior Director of Finance__ | *Lisa Strobel*        4/1/24 |
| Name of Filer __U.S. Naval Academy Foundation__ | Signature of Filer Lisa Strobel        Date |
| | __410-295-4051__ |
| Law Firm, if applicable        Bar ID # of attorney | Telephone |
| __247 King George Street__ | __lisa.strobel@usno.com__ |
| Address | E-mail |
| __Annapolis, MD 21402__ | |
| City        State        Zip code | |

| | |
|---|---|
| Name of Filer | Signature of Filer        Date |
| Law Firm, if applicable        Bar ID # of attorney | Telephone |
| Address | E-mail |
| City        State        Zip code | |

| | |
|---|---|
| Name of Filer | Signature of Filer        Date |
| Law Firm, if applicable        Bar ID # of attorney | Telephone |
| Address | E-mail |
| City        State        Zip code | |

| | |
|---|---|
| Name of Filer | Signature of Filer        Date |
| Law Firm, if applicable        Bar ID # of attorney | Telephone |
| Address | E-mail |
| City        State        Zip code | |

☐ Additional Signature Page **(NHJB-2925-DFPe)** attached

Exhibit  1:23-cv-00450-SM-TSMX



# GRIEVANCE FORM

### (See Reverse For Instructions)

page 1 - 2

DEPARTMENT OF CORRECTIONS
STATE OF NEW HAMPSHIRE
P.O. Box 14
CONCORD, NEW HAMPSHIRE 03302

**CHRISTOPHER T. SUNUNU**
**GOVERNOR**

**HELEN E. HANKS**
**COMMISSIONER**

1.  Date: September 15, 2024

2.  **GRIEVANT:** Michael R. Smith

3.  Number: 51542

4.  Address: Hancock    A-pod cell 4

5.  Brief Description of Grievance: Governor Sununu, AKK Chief Justice MACDONALD, Supreme Court, NH Disciplinary Conduct Committe and District Court, I am going to speak to you as though it is comming from GOD ALMIGHTY through me. You should be made aware that the NH State Prison Mailroom suppassed the critical stage of Obstructing communication with the Executive Branch of Government that keeps checks and balances to the Executive Branches of your Institution to make sure you are not violating US Citizens Natural Rights. I am attaching two NH prison mailroom 5 day notices where the Clerks, Investigato and staff have obstructed the mailings to Internal Revenue Service, Federal Bureau of Investigation, Office of Administrative Judges, US Attorney Generals Office, Dept of Justice, where there were nine envelopes which only 7 they spoke about being destroyed in 9/30/24 without even returning these packets to me. cont. page 2

Signature: _____

(You will be penalized if statement is untrue)

(Use Attachments if necessary.)

To:   **DIRECTOR** (Warden) _____ Date of Director's Action: _____

Director's Action: _____

Authentication: _____

To:   **COMMISSIONER**        Date of Commissioner's Action: _____

Commissioner's Action: _____

Authentication: _____

(FORWARD ALL THREE COPIES.  WHITE WILL BE FILED IN OFFENDER RECORDS, CANARY TO RESPONDER AND PINK TO GRIEVANT.)

SP-52

Exhibit 1:23-cv-00450-SM-TSM



page 2 -2

# GRIEVANCE FORM
(See Reverse For Instructions)

DEPARTMENT OF CORRECTIONS
STATE OF NEW HAMPSHIRE
P.O. BOX 14
CONCORD, NEW HAMPSHIRE 03302

**CHRISTOPHER T. SUNUNU**
**GOVERNOR**

**HELEN E. HANKS**
**COMMISSIONER**

1. Date: September 15, 2024

2. **GRIEVANT:** Michael R. Smith    3. Number: 51542

4. Address: Hancock    A-pod    cell 4

5. Brief Description of Grievance: It is coming up on 8 years on October 11th, 2024 and 24 months since I was convicted Unconstitutionally, as I have been telling each one that GOD'S WRATH will be UPON YOU and the FLOODGATES OPEN, by the mailroomm commiting TREASON by BETRAYING THE EXECUTIVE BRANCH OF GOVERNMENT their copies of communication that you received one day after these letters were mailed using the Federal Government and Agencies publish book, the mail room and investigations interfering my legal duties to report your conducts for the pass 7 years. Now because the obstruction was between me and the Executive Government who you answer to the special Agents of FBI can enact the IAA Act, Patriots,Act, FISA Act, Insurraction Act, just because you are trying every means to conceal these two individuals from proscecution and it turns out that these to individuals completely destroyed your creditability in the beginning. I want to be freed, return my legal documents and federal mail, today, as my attorney holds the lottery ticket to each future.

Signature: _____

(You will be penalized if statement is untrue)

(Use Attachments if necessary.)

To:    **DIRECTOR** (Warden) Paula Mattis    Date of Director's Action: 9/24    2/

Director's Action: Dear M. Smith:

I do not see a question here. If you haven't held recent trancripts, you need a lawyer. That is not any nep here.

Authentication: _____

To:    **COMMISSIONER**    Date of Commissioner's Action: _____

Commissioner's Action: _____

Authentication: _____

(FORWARD ALL THREE COPIES. WHITE WILL BE FILED IN OFFENDER RECORDS, CANARY TO RESPONDER AND PINK TO GRIEVANT.)

SP-52

Exhibit 1:23-cv-00450-SM-TSM **INMATE REQUEST SLIP**          Page 1 - 6

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO:  Unit Supervisor, Security Lieutenant, CC/CM**          DATE: 10/4, 2024

**FROM:** Smith             Michael          R.            ID #:   51542

| Last Name | First Name | Middle Initial |
|-----------|------------|----------------|

NHSP-Men          Hancock          A-pod

| Facility | Housing Unit | Cell | Work/Shift |
|----------|--------------|------|------------|

**INMATE REQUEST:** NP Croce, Nurse Wright, Warden Edmark, Commissioner Hanks an Medical Director Mattis, I have been seeing medical appointments scheduled a number of times as I haven't requested, only to report a condemned Hancock Building were it has been condemned for 6 years. It isn't important enough for me to be removed or why was I placed in a condemned building with a pre-existing lung disease infested with BLACK MOLD, that is criminal. Each day that I am in the Hancock Building strengthens my class action and the thousand of inmates that you retaliate agaisnt for this class action in Federal Court. You have have not scheduled me with a Pulmonologist outside these walls as you have placed me on the schedule for medical every 15 days to have x-rayed my lungs to watch the progression. Do not concern yourselves with scheduling me as when the Department of Justice, investigates your medical _____ *Inmate Signature*
(if you need more space, use plain paper)
records will: identify the day you placed me in Hancock Building and when you

**TO:** NP Croce, Nurse Wright, Warden Edmark, Commissioner   DATE: _____
Hanks and Medical Director Mattis
**FROM:** Unit Supervisor, Security Lieutenant or CC/CM

**REMARKS:** _____

_____

_____

_____

                                                  *Staff Signature*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FROM:** _____   **DATE:** _____
          Staff Member Name/Office

**REMARKS:** _____

_____

_____

_____

_____

_____

                                                  *Staff Signature*

                    **Received By** _____
                                                  *Inmate Signature*

White - Offender Records Office      Yellow - Inmate      Pink - Staff      SP-014 (a) Rev. 01/14

Exhibit 1:23-cv-00450-SM-TSM **INMATE REQUEST SLIP**    Page 2 - 6

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO: Unit Supervisor, Security Lieutenant, CC/CM**                    **DATE:** 10/4, 2024

**FROM:** ___Smith___        ___Michael___        ___R.___        **ID #:** 51542
    **Last Name**        **First Name**        **Middle Initial**

___NHSP-Men___        ___Hancock___        ___A-pod___
    **Facility**        **Housing Unit**        **Cell**        **Work/Shift**

**INMATE REQUEST:** started to place me on the schedule after my letters were forwarded to the Administrative Judge. The medical personnel are governed under the Medical Board also controled by the Federal Government where The FBI will use the long arm of the LAW to prosecute each person involved who refused to follow the law, medical standards and appropriate medical care. You all know everything I am saying is the GOD's HONEST TRUTH, because you involved yourselves to inflict as much pain and trouble or place me in situations to aid, abetting and comforted the Attorney General and NH Supreme Court to coverup crimes against me to have engaged your services which are willingly makes you a criminal by the Federal and State Laws and Medical Standards. I know the my Lungs have been getting worst since being here by the heavy breathing and crackles at night so going to medical and receiving a x-ray that is barely
(if you need more space, use plain paper)
visible, as I need a cat-scan or MRI to get better results. *Inmate Signature*

**TO:** NP Cooce, Nurse Wright, Warden Edmark, Commissioner ___ **DATE:** _____
Hanks and Medical Director Mattis
**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____

_____

_____
*Staff Signature*
*********************************************************************************

**FROM:** _____ **DATE:** _____
    **Staff Member Name/Office**

**REMARKS:** _____

_____

_____

_____

_____

_____
*Staff Signature*

**Received By** _____
*Inmate Signature*

Exhibit 1:23-cv-00450-SM-TSM **INMATE REQUEST SLIP**   Page 3 - 6

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO:  Unit Supervisor, Security Lieutenant,  CC/CM**                    **DATE:** 10/4, 2024

**FROM:** _____ Smith _____ Michael _____ R. _____      **ID #:** 51542
            **Last Name**            **First Name**         **Middle Initial**

_____ NHSP-Men _____ Hancock _____ A-pod _____
            **Facility**            **Housing Unit**         **Cell**                **Work/Shift**

**INMATE REQUEST:** Now in retaliation to this Class Action the guards have been intensifing their presences doing cell searches and just removing all of the plastic chairs that the men use to climb onto the top bunk, I just know now it is to try to punish every inmate who signed the motion before the Federal Court to get them mad and angry. Well, it will back fire as these other men are asking to become a party to the Federal Lawsuit, thanks, but what is more fascinating is Cordcova seeking to see what I am doing and shacking the door to try to get my attention, as I don't pay any attention. Don't worry everyone of these IRS'S will make it before the Feds and Medical Board to see your GROSS NEGLIGENCE with premeditation and intentionalX actions to conceal, cover up and comfort the Attorney Generals Office Crimes. Your intentions and ideas to show that I am refuseing medical care, and that is

(if you need more space, use plain paper)

not the case here, because of your negligence not to send *Inmate Signature*

**TO:** NP Groce, Nurse Wright, Warden Edmark, Commissioner   **DATE:** _____
Hanks and Medical Mattis
**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____
_____
_____

_____
*Staff Signature*

**************************************************************************************

**FROM:** _____   **DATE:** _____
        **Staff Member Name/Office**

**REMARKS:** _____
_____
_____
_____
_____
_____

_____
*Staff Signature*

                                    **Received By** _____
                                                    *Inmate Signature*

Exhibit 1:23-cv-00450-SM-TSM **INMATE REQUEST SLIP**                    Page 4 - 6

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO:  Unit Supervisor, Security Lieutenant,  CC/CM**                    **DATE:** 10/4, 2024

**FROM:** ___Smith_____Michael_____R._____    **ID #:**51542
              **Last Name**            **First Name**         **Middle Initial**

        __NHSP-Men_____Hancock_____A-pod_____
              **Facility**            **Housing Unit**            **Cell**                **Work/Shift**

**INMATE REQUEST:** me to a Pulmonedsist you will be held accountable for each one
of your actions. What is amazing is that Commissioner Hanks coming over to
show she has knowledge of the BLACK MOLD, and that she was so proud looking it
was great to see her and hearing she was in medical earlier prior to going to
Hancock. Each IRS that I forward as this IRS explains in detail what you have
done and what is going to take place once the Federal Bureau of Investigation
will have to read and the evidence to charge you with many crimes and your co-
spiritors. I want tonight go home an take a minute and take in your surroundings
and your families, and what you sold your soul for as when I stand before the
Taxpayers and the Citizens of the United States and share with each of them of
the NEGLIGENT TREATMENT that you inflicted upon me for 24 months and every
(if you need more space, use plain paper)
inmate under your control that you had inflicted many decades ago *Inmate Signature*

**TO:** Ms NP Groce, Nurse Wright, Warden Edmark, Commissioner **DATE:** _____
Hanks and Medical Director Mattis
**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____
_____
_____

                                            _____
                                                    *Staff Signature*
*******************************************************************************************************

**FROM:**_____    **DATE:** _____
        **Staff Member Name/Office**

**REMARKS:** _____
_____
_____
_____
_____

                                            _____
                                                    *Staff Signature*

                            **Received By** _____
                                                    *Inmate Signature*

Exhibit 1:23-cv-00450-SM-TSM **INMATE REQUEST SLIP** Page 5 - 6

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security
Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person.
Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO: Unit Supervisor, Security Lieutenant, CC/CM**                    **DATE:** 10/4, 2024

**FROM:** Smith                    Michael                    R.                    **ID #:** 51542
      **Last Name**                    **First Name**                    **Middle Initial**

    NHSP-Men                    Hancock                    A-pod
      **Facility**                    **Housing Unit**                    **Cell**                    **Work/Shift**

**INMATE REQUEST:** Also what you never took into consideration really how many
people you were involving, the TAXPAYERS who you inflicted a large amount of
DEBT(MONEY)(TAXES)(FEDERAL FUNDS) all of your actions can't be repaid in any
amount of restitution only by your time, YES PRISON TIME. The IRS'S written
from the beginning to now are a load of evidence, plust the 24 months of just
security video for me, the thousands of witnesses(INMATES) who is all to willing
to sign on to the CLASS ACTION PLUS FILING CHARGES WITH THE AUTHORITY to get
each of your fellow co-conspiritors convictions for thousands of years. So keep
me confined, in a BLACK MOLD INFESTED BUILDING I feel my pockets getting heavy
but most of all the thousand to millions of prison inmates across the United
States getting rich too, THANK YOU. Each one of you had and I MEAN HAD the
Authority and position to protect me(US) and you GROSSLY FAILED will be HELD
(if you need more space, use plain paper)
ACCOUNTABLE (WE) will make sure keep up the cell searches *Inmate Signature* s you
will be answering for your actions to the TAXPAYERS of NEW HAMPSHIRE
**TO:** NP Groce, Nurse Wright, Warden Edmark, Commissioner    **DATE:** _____
Hanks and Medical Director Mattis

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____
_____
_____

                                                             **Staff Signature**
***********************************************************************************************

**FROM:** _____    **DATE:** _____
    **Staff Member Name/Office**

**REMARKS:** _____
_____
_____
_____
_____
_____

                                                             **Staff Signature**

                             **Received By** _____
                                               **Inmate Signature**

Exhibit 1:23-cv-00450-SM-TSM **INMATE REQUEST SLIP**          Page 6 – 6

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO: Unit Supervisor, Security Lieutenant, CC/CM**                    DATE: 10/4, 2024

FROM: ___Smith_____ ___Michael_____ ___R._____        ID #: 51542
      **Last Name**        **First Name**        **Middle Initial**

___NHSP-Men_____ ___Hancock_____ ___A-pod_____
     **Facility**        **Housing Unit**      **Cell**        **Work/Shift**

**INMATE REQUEST** and United State CITIZEN TAXPAYERS. The crimes that you committed against me also injured each inmate, but you claiming that your performing the proper medical treatment that is completely false that is a crime and tax fraud against me, all inmates and the TAXPAYERS. What you and your co-conspiritors did not think from the very start to place you in this position, but you have already closed those doors behind you by refusing to stop what you was doing to turn back and do what is right and REPENT TO GOD, HE WAS LISTENING THEN, BUT HE WILL NOT HEAR YOUR CRIES NOW. The NEWS AGENCIES will have copies soon and all of you will be behind these doors, bars and glass windows being made fun of as we see each day from each of you and your actions. I will end for now take time tonight and over the weekend and enjoy this quiet time, it will soon be your last as GOD'S WRATH WILL BE UPON YOU ALL, SNICKER AND LAUGH AT THAT ENJOY WHILE
(if you need more space, use plain paper)
YOU CAN HELL IS ETERNITY                                    *Inmate Signature*

**TO:** NP Groce, Nurse Wright, Warden Edmark, Commissioner   DATE: _____
Hanks and Medical Director Mattis
**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____
_____

_____
                                   *Staff Signature*

**FROM:** _____ DATE: _____
     **Staff Member Name/Office**

**REMARKS:** _____
_____
_____
_____
_____
_____

                                   *Staff Signature*

             **Received By** _____
                                 *Inmate Signature*

Exhibit 1:23-cv-00450-SM-T **INMATE REQUEST SLIP**          Page 1

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO: Unit Supervisor, Security Lieutenant, CC/CM**          **DATE:** 10/5/24

**FROM:** Smith _____ Michael _____     **ID #:** 51542
          Last Name          First Name         Middle Initial

          NHSP-Men _____ Hancock _____ A-pod _____     Work/Shift
          Facility           Housing Unit       Cell

**INMATE REQUEST:** Good morning ladies and gentlemen, I am writing to you today
using the Inmate Request Slips used by New Hampshire State Prison because
this prison is doing everything within their power to deprive me from sharing
these documents with you in this packet. I have to use these slips because
this prison is denying me to have access to the law libuary to make copies
of these documents that I have shared with them and New Hampshire Supreme
Court and US District Court. When GOD BRINGS TO LIGHT CORRUPTION HE ALWAYS
GIVES HIS MESSENGER A WAY. I wanted to share these documents to show the
United States Citizens who pay taxes to support these agencies not to be
DEFRAUDED by the Executive Branch of Government or by the State of New
Hampshire Governor Christopher Sununu pigg¢bank. These men and women have
over seven years have denied me JUSTICE, only to _____

(if you need more space, use plain paper)                         *Inmate Signature*
give aid, and comfort to their Assistant Attorney General
Brandon Garod who is protecting Former Attorney General Gordon MacDonald who
**TO:** is presently the appointed Chief Justice of New Hampsh **DATE:** upreme Court.
For over seven years I have asked 7th Circuit Probate Court to allow the
**FROM: Unit Supervisor, Security Lieutenant or CC/CM** Internal Revenue Service to have
a complete indepth Audit on Mary Grace Kibbe's Estate of $3,000,000.00 as
**REMARKS:** her nephew James Comosa jr., committed crimes against the NH E-court
website, Google with Fraudulent Power of Attorney claiming I gave it to him
for my google account. The 7th Circuit Probate Court allowed these crimes
to beconcealed and allowed Assistant Attorney General Garod to ask the clerk
of court to removed the identity fraud and replace James Comosa jr., this
was never revailed to me before, or during trial or anytime *Staff Signature*
*******************************************************************************************
McLane & Middleton Law Firm tried to tell me in a memo to watch your emails
as to hackers hacked into email accounts. GOD revails Evidence that people
**FROM:** (Criminals create against themselves. In many motio **DATE:** filed in 7th
**Staff Member Name/Office** Circuit Probate & Superior Court I always detailed
these crimes against James Comosa Jr., Assistant Attorney General Garod an
**REMARKS:** McLane & Middletone Attorneys as the estate financial records were
sealed and a stay order in Feb of 2019 so I could not keep objecting and
uncovering crimes committed by these men. Because the Former Attorney General
were involved they didn't want to expose him or the crime in court or against
Attorney Garod. They were so committed to conceal these crimes even 7th
Circuit Superior Judge Mark Howard played his role to sentence me to 10-20
with a enhanced restitution of $495,000.00 not verifying these numbers but
instructed Attorney Garod to provide a accurate list of funds removed but
he never provided one. These documents will show you the Magnitude
who and how many that I have exposed but there are many some here at the *Staff Signature*
new hampshire state prison who joined their cursade of getting me punished
or silenced but I am sharing with you to encourage the federal Government **Received By** *Inmate Signature*
Officials from the Federal Bureau of Investigation and Internal Revenue

White - Offender Records Office      Yellow - Inmate      Pink - Staff      SP-014 (a) Rev. 01/14

Exhibit 1:23-cv-00450-SM-TSM                              Page 2

## INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO: Unit Supervisor, Security Lieutenant, CC/CM**                    **DATE:** 10/5/2024

**FROM:** Smith                    Michael                    R.              **ID #:** 51542

| Last Name | First Name | Middle Initial |
|---|---|---|

NHSP-Men                    Hancock                    A-pod

| Facility | Housing Unit | Cell | Work/Shift |
|---|---|---|---|

**INMATE REQUEST:** Services and other Administrative Agencies to investigate these people. These men and women were colleagues of the Judicial and Justice Branch of Government had the authority to hold judgement over people before they committed a crime. Once they crossed that very thin line they knew it was a crime to cover or conceal the BREACH AGAINST THE JUDICIAL BRANCH, in 2018 when Attorney Garod wrote the Specific Request on July 12, 2018 and when Chief Justice MacDonald received my letter dated August 23, 2018 refused to investigate or punish James Comosa jr., they violated my Constitutional Rights and Federal and State Laws. Then over the 7 years each attorney, judge, clerk or organization who knew and didn't report it to the appropriate authorities, concealed or comforted these crimes. The Integrity of the court and its security was BREACHED by Officers of the Judicial and Justice Branches. Their creditability and their security was removed making them not creditable, but these authorities who I complaint in writing it is all official records showing overwhelm evidence that everyone of these individuals premediatatedly, with intentional behavior to conceal a crime from being exposed. Today because I exposed the Chief Justice, the Prison Warden Edmark,

(if you need more space, use plain paper)

*Inmate Signature*

**TO:** _____ **DATE:** _____

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** Commissioner Hanks refuse to remove me from a condemned BLACK MOLD infested Building knowing that I have a pre-existing Lung Disease of Saracoidosis and refuse to allow me to see a Pulmonelgist. I am sharing this story for you to EXPOSE AND GET THE FEDS TO INVESTIGATE AND EXPOSE EX-GOVERNO: SUNUNU and GORDON MACDONALD in the NEWS ACROSS UNITED STATES AND THE WORLD AS WE GLORIFY GOD ALMIGHTY.

*Staff Signature*

***************************************************************************
ONCE THE AUTHORITIES have me released I will give a national Interview to SPEAK ABOUT GOD'S BLESSINGS, Thank you GOD BLESS THOSE WHO DO HIS WORKS!

**FROM:** _____ **DATE:** _____

**Staff Member Name/Office**

**REMARKS:** _____

_____

_____

_____

_____

_____

_____

_____

                                        *Staff Signature*

**Received By** _____

                                        *Inmate Signature*

White - Offender Records Office        Yellow - Inmate        Pink - Staff        SP-014 (a) Rev 01/14

Exhibit 1:23-cv-00450-SM-TSM    **INMATE REQUEST SLIP**    Page 3 –

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO:  Unit Supervisor, Security Lieutenant, CC/CM**                    **DATE:** 10/5/2024

**FROM:**      Smith              Michael          R.              **ID #:** ___51542___
                 **Last Name**        **First Name**      **Middle Initial**

              NHSp-Men            Hancock            A-pod
              **Facility**          **Housing Unit**      **Cell**          **Work/Shift**

**INMATE REQUEST:** I also wanted to share that because I filed a lawsuit against the Governor, Attorney General, Warden, Commissioner, New Hampshire Supreme Court Chief Justice the prison guards have increased their terror to do cell searches, strip searches and any writeups to get these prisoners pissed off. They know that 11 inmates signed the petition motion to District Court so they are retaliated by trying to intimidate us by their constant harassment each and every night. I am sharing this with the taxpayers because every man and women working within these prison walls have participated to deny any request or lengthy delays so the inmates leave days, weeks or even months over their release dates. The incompetence this prison hires many family members or the veteran guards train new guards with the bad training conduct (if you need more space, use plain paper) that is violating the Federal and State laws and under their own training. These inmates witness on a regular basis the abuse of power and position to accomplish their goals to bring fear among the prisoners. I don't fear anyone of them because I do not give them the power because it is GOD'S POWER as I OBEDIENCE TO THE FATHER, SON and HOLY GHOST, the POWER is not my to GIVE and if it were I still wouldn't. What is so sad that the prison employees that work in Medical, Mental Health, Libuary, Education, Church, Kitchen, Guards, Prison Staff are mimicing the Administration there is no chain of command. Everytime these staff members write us up they refer to prison policies, procedures, protocols and rules, which is funny because they don't follow Federal and State laws or the Constitutional Rights we are to abide by their rules obsurd. I can't wait to see their reaction when the News Media and Federal Agencies take over and arrest everyone ol the employees here because everyone is a accomplish because they failed to report this to the appropriate authorities who regulate and investigate corruption in this case is grossly political

**TO:**                                                      **DATE:**

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:**

*Inmate Signature*

*Staff Signature*

**FROM:** _____  **DATE:**
**Staff Member Name/Office**

**REMARKS:** _____

_____

_____

_____

_____

_____

                                                          *Staff Signature*

                          **Received By** _____

                                                          *Inmate Signature*

White - Offender Records Office          Yellow - Inmate          Pink - Staff          SP-014 (a) Rev. 01/14

Exhibit  1:23-cv-00450-SM-TSM                                           Pag. 1 - 5



# GRIEVANCE FORM
### (See Reverse For Instructions)

DEPARTMENT OF CORRECTIONS
STATE OF NEW HAMPSHIRE
P.O. Box 14
CONCORD, NEW HAMPSHIRE 03302

*I don't expect a answer, so all copies were sent to the Courts and authorities*

GOD'S WRATH IS UPON YOU ALL

**CHRISTOPHER T. SUNUNU**
**GOVERNOR**

**HELEN E. HANKS**
**COMMISSIONER**

1. Date: August 22, 2024

2. **GRIEVANT:** Aiding and Abetting

3. Number: 51542

4. **Address:** Concord I-pod  c-4

5. **Brief Description of Grievance:** Good Morning Governor Sununu, Attorney General General Formella, Warden Wright, Commissioner Hanks, Assistant Attorney General Carol, I giving you a single copy of this grievance for for your record as the other copies will be forwarded to outside authorities that are doing the aiding and Abetting to conceal, coverup, hinder, obstruct, March 7th, 2019, when James Corona Jr., breached NH e-Court and placed my email in place of his. When I was instructed to make a profile I noticed that James Corona Jr., had him When I reported to the court, I wasn't sure that someone from the Attorney General office called the court a certain or an specific requests on July 12, 2019, which this was never disclosed to me at this time or

**Signature:** _____
(You will be penalized if statement is untrue)

during my trial, that someone had a specific requests to NH e-court until

**(Use Attachments if necessary.)**
I exposed it during my motions and pleadings to the court.

The only reason could have this type of request is a authority figure not

**To: DIRECTOR (Warden)**    **Date of Director's Action:** _____

a regular attorney, then it would be a suspended

**Director's Action:** My Assistant Attorney Gen Carol Iran or Carol aiding a Abetting James Corona's Jr., crime against the very court as is suppose to protect to conceal and cover up this breach state and committing additional The Act, Travel Act, RICO Conspiracy. Because I notified former Attorney General Gordon MacDonald on August 29, 2019 on Brutley crime an cyber crimes against the court, estate and Michael N. Smith, as this Letter was cc to Assistant Attorney General Brandon Carol, that is so sad is that I shared all this information with former attorney general MacDonald on 7th Circuit Probate and Superior Court judges for over 5 years and the court refuse to punish these two individuals at the very beginning. But the story here goes longer and deeper, many people who hold position of authority who are suppose to represent the record and tools

**Authentication:** _____

and NH and US Constitution to protect the integrity and trust of

**To: COMMISSIONER**    **Date of Commissioner's Action:** _____

the public with royal protection and community not to DEPRIVED ME ANY

**Commissioner's Action:** right, I was Deprived of Rights under the Color of the Law, by not only Assistant Attorney General Gen on Carol, former Attorney Gordon MacDonald, 7th Circuit Probate Judge Christina Carol, 7th Circuit Superior Judge Mark Howard, Strafford County Public Defender David Betancourt, McLane a Middleton Attorneys, Sulloway a Hollis Attorney Eliza Saleh or any other official who had the authority and did nothing, but giv comfort and aid to a private citizen and a court official to commit crimes against the Judicial System and Justice System by conspiring

**Authentication:** _____

**(FORWARD ALL THREE COPIES.  WHITE WILL BE FILED IN OFFENDER RECORDS, CANARY TO RESPONDER AND PINK TO GRIEVANT.)**

SP-52

Exhibit 1:23-cv-01450-SM-TSM                                      Page 2 - 3

*your copy the others went to Supreme Court District Court*

## GRIEVANCE FORM
### (See Reverse For Instructions)

DEPARTMENT OF CORRECTIONS
STATE OF NEW HAMPSHIRE
P.O. BOX 14
CONCORD, NEW HAMPSHIRE 03302

*CC: Federal Bureau of Investigation, Internal Revenue Services, Inspector General ~ Chief Justice, US Attorney General*

**CHRISTOPHER T. SUNUNU**
**GOVERNOR**

**HELEN E. HANKS**
**COMMISSIONER**

1. Date: August 23, 2024

2. **GRIEVANT:** Aiding to Conspiring against Rights
3. **Number:** 51542

4. **Address:** Hancock A-pod c-4

5. **Brief Description of Grievance:** Against Michael D. Smith's Rights by aiding and betting James Conosa jr., and Assistant Attorney General Brandon Garod you all allowed by volunteering yourselves to intentionally, with premeditation insurrection with these two men destroying your credibility, family, career, reputations to even place judgement on any case after that date of August 23, 2018. All of you DISHONORED the PUBLIC, DISTRUST the PUBLIC, DISTRUSTOORD your ORGANIZATION to all the men and women who take their jobs responsible, with integrity, trust, humiliaty, HONOR within the consuing of US CONSTITUTION, the COLOR OF THE LAW.

How Disqualification to hold office is explained in the 14th Amendment of the Constitution under sec 3 as _____ says the as American citizen

**Signature:** _____
**(You will be penalized if statement is untrue)**

shall be forgive equal Justice in accor ___ to the law. That is no high as in at writing this grievance submittion to the U.S. US Attorney General, Inspector General, US furnish court to
**(Use Attachments if necessary.)**
show them that these members of the JUDICIAL & JUSTICE Departments

**To:    DIRECTOR (Warden)**                **Date of Director's Action:** _____
___ the PUBLIC Michael D. S ___ under the COLOR of Chief Justice Gordon MacDonald, Justices
**Director's Action:** Attorney General Brandon Garod and Helen A Hicklson Attorneys for James Conosa jr. and mr. How 18 U.S.C.A. § 2, Part 1 On 2
This section as review Union creds an legislative intent to punit as a principle not only or who directly commits an offense, and one who "aids, abets, counsels, commands, induces or procures" another to commit an offense, but also anyone to causes the doing of an act which is done by him directly would render him guilty of an offense against the United States.
It removes all doubt that one who puts in motion or assists in the illegal enterprise but causes the commission of an indespencable element of the offense by an innocent against or instrumentstity, is truly as principle even though he intentionally refrains from the direct act constituting

**Authentication:** _____

the complete act.

**To:    COMMISSIONER**                **Date of Commissioner's Action:** _____
Being ACCOMPLICE is properly defined to be one who is in some way
**Commissioner's Action:** conceived or associated in the commission of crime, partaker of guilt, one who aids or assists or is a necessary, one who first conceives way to commit crime, and means by which it can is done commited and that innocent means use to perpetrate it is accomplice accessary before theft is accomplice, within rules relating to accomplish testanony. Title 18 U.S.C.A. § 2, under 241, conspiracy against rights, 242 - Deprivation of rights under color of law, and deprivation of relief, 249 - Hate Crime these are some of the Federal Laws concerning your aiding these, how to accomplish their crime ____

**Authentication:** _____

an coverup, as we are here today, as you allowed these few men avoid

**(FORWARD ALL THREE COPIES. WHITE WILL BE FILED IN OFFENDER RECORDS, CANARY TO RESPONDER AND PINK TO GRIEVANT.)**

**SP-52**

prosecution for a estate of $3,000,000.00 to subtrate over $100,000.00 under your authority and refuse to correct or punish these men.

# GRIEVANCE FORM
### (See Reverse For Instructions)



DEPARTMENT OF CORRECTIONS
STATE OF NEW HAMPSHIRE
P.O. BOX 14
CONCORD, NEW HAMPSHIRE 03302

**CHRISTOPHER T. SUNUNU**
**GOVERNOR**

**HELEN E. HANKS**
**COMMISSIONER**

1. Date: _____

2. **GRIEVANT:** _____    3. Number: _____

4. **Address:** _____

5. **Brief Description of Grievance:** _____
_____
_____
_____
_____
_____
_____

**Signature:** _____
**(You will be penalized if statement is untrue)**

**(Use Attachments if necessary.)**

To: **DIRECTOR** (Warden)    Date of Director's Action: _____

**Director's Action:** _____
_____
_____
_____
_____
_____

**Authentication:** _____

To: **COMMISSIONER**    Date of Commissioner's Action: _____

**Commissioner's Action:** legal, well it is legal _____
_____
_____
_____
_____

**Authentication:** _____

**(FORWARD ALL THREE COPIES. WHITE WILL BE FILED IN OFFENDER RECORDS, CANARY TO RESPONDER AND PINK TO GRIEVANT.)**

SP-52

# INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO: Unit Supervisor, Security Lieutenant, CC/CM**          **DATE:** _____

**FROM:** _____          **ID #:** _____

| Last Name | First Name | Middle Initial |
|---|---|---|

| | | | |
|---|---|---|---|
| **Facility** | **Housing Unit** | **Cell** | **Work/Shift** |

**INMATE REQUEST:** _____

_____

_____

_____

_____

_____

_____

_____

(if you need more space, use plain paper)                        *Inmate Signature*

**TO:** _____          **DATE:** _____

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____

_____

_____

_____

                                                            *Staff Signature*

*************************************************************************

**FROM:** _____          **DATE:** _____

**Staff Member Name/Office**

**REMARKS:** _____

_____

_____

_____

_____

_____

_____

                                                            *Staff Signature*

**Received By** _____ *Inmate Signature*

## INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM.  Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO:  Unit Supervisor, Security Lieutenant,  CC/CM**                    **DATE:** _____

**FROM:** _____    **ID #:** _____

| Last Name | First Name | Middle Initial |
|-----------|------------|----------------|

| Facility | Housing Unit | Cell | Work/Shift |
|----------|--------------|------|------------|

**INMATE REQUEST:** _____

_____

_____

_____

_____

_____

_____

_____

(if you need more space, use plain paper)                    *Inmate Signature*

**TO:** _____    **DATE:** _____

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____

_____

_____

_____

                                        *Staff Signature*

********************************************************************************

**FROM:** _____    **DATE:** _____

**Staff Member Name/Office**

**REMARKS:** _____

_____

_____

_____

_____

_____

_____

                                        *Staff Signature*

**Received By** _____

                                        *Inmate Signature*

# INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO: Unit Supervisor, Security Lieutenant, CC/CM**          **DATE:** _____

**FROM:** _____          **ID #:** _____

        **Last Name**       **First Name**      **Middle Initial**

        **Facility**       **Housing Unit**     **Cell**     **Work/Shift**

**INMATE REQUEST:** _____

_____

_____

_____

_____

_____

_____

(if you need more space, use plain paper)                    *Inmate Signature*

**TO:** _____          **DATE:** _____

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____

_____

_____

_____

_____          *Staff Signature*

********************************************************************

**FROM:** _____          **DATE:** _____

    **Staff Member Name/Office**

**REMARKS:** _____

_____

_____

_____

_____

                                                 *Staff Signature*

                **Received By** _____

                                *Inmate Signature*

Exhibit 1:23-cv-00450-SM-TSM **INMATE REQUEST SLIP**         Page 1 - 5

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO: Unit Supervisor, Security Lieutenant, CC/CM**         **DATE:** 9/29/24

**FROM:** Smith _____ Michael _____ R. _____         **ID #:** 51542
          **Last Name**         **First Name**         **Middle Initial**

          NHSP-Men _____ Hancock _____ A-pod _____
          **Facility**         **Housing Unit**         **Cell**         **Work/Shift**

**INMATE REQUEST:** Medical Director Paula Mattis, I am in receipt of the IRS, I
sent on 9/19/24, I am responding to your comment, about having trouble accessing
medical care or your position regarding endangering all of the inmates lives
by living in a Black Mold infested and condemned building. Your ignorance to
do your job and abuse your authority and position to please your political
friends will place you and your political friends behind these very bars that
you refuse to place each inmate into a safe environment with FRESH AIR from
~~BLACK MOLD SPORES.~~

Do you recall the case regarding the Olympic Doctor who is now in Prison for
sexually molesting the hundreds of young girls over his time as their doctor,

(if you need more space, use plain paper)         *Inmate Signature*

**TO:** Director Mattis you should share with your colleages **DATE:** _____
because FDA, the BOARD OF PHYSICIANS and News Agencies will have your comments
**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____

_____

_____

                                        *Staff Signature*
*********************************************************************************

**FROM:** _Paula Mattis, Director Medical Care Services_ **DATE:** 10/01/24
          **Staff Member Name/Office**

**REMARKS:** Dear Mr. Smith:
This is disrespectful, but more importantly, you are
abusing the process and you are not following the
directions provided to you. Please review the policy
on complaints PPD 313.00.

                                        *Staff Signature*

                    Received By _____
                                        *Inmate Signature*

White - Offender Records Office      Yellow - Inmate      Pink - Staff      SP-014 (a) Rev. 01/14

**INMATE REQUEST SLIP**

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO: Unit Supervisor, Security Lieutenant, CC/CM**              **DATE:** 9/29/24

**FROM:** Smith          Michael          R.          **ID #:** 51542
         **Last Name**      **First Name**    **Middle Initial**

         NHSP-Men        Hancock          A-pod
         **Facility**       **Housing Unit**      **Cell**         **Work/Shift**

**INMATE REQUEST:** and the trust these people placed in his control to use his position and power to take advantage to steal their innocences, here you, Governor Sununu, Warden Edmark, Commissioner Hanks, Attorney General Formelli and all of the others in authority positions will go to PRISON like this doctor for manipulating and lying to the TAXPAYERS and INJURING NOT HUNDREDS BUT THOUSANDS OF INMATES AND PRISON STAFF who are doing their jobs as instructed by Administration and the Executive Branch of NEW HAMPSHIRE GOVERNMENT to house as many men in a BUILDING CONDEMNED FOR MORE THAN 6 YEARS, that in of itself is CRIMINAL AND GROSS INTENTIONAL NEGLIGENCE to FURTHER INJURE ANYONE WITH EXSISTING LUNG DISEASE. I hope that each one of you can afford a good defense team to reduce the prison sentence that each one of you will receive

(if you need more space, use plain paper)                        *Inmate Signature*

**TO:** Medical Director Mattis                          **DATE:**

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:**

                                                         *Staff Signature*

**FROM:**                                                **DATE:**
    **Staff Member Name/Office**

**REMARKS:**

                                                         *Staff Signature*

                                  Received By _____
                                                    *Inmate Signature*

**INMATE REQUEST SLIP**

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO:  Unit Supervisor, Security Lieutenant,  CC/CM**          **DATE:** 9/29/24

**FROM:** Smith _____ Michael _____ R. _____   **ID #:** 51542

| Last Name | First Name | Middle Initial |
|---|---|---|

NHSP-Men _____ Hancock _____ A-pod _____

| Facility | Housing Unit | Cell | Work/Shift |
|---|---|---|---|

**INMATE REQUEST:** based on you involvement to each case. See the difference with each inmate and staff working here is they can leave and go home or work a nother unit, the inmates can't what defense do you have now. Each IRS I send an obtain a response gives the jury, judge and the TAXPAYERS EVIDENCE on who you are and HOW YOU WERE at the time inflicting THE MULTIPLE INJURIES to EACH INMATE HOUSED IN THE HANCOCK BUILDING, so after 6 YEARS how can you place the JEANIE or WATER that has gone OVER THE DAM back into the ORIGINAL FORM you CAN'T. THESE IRS'S presented each time is SOLID EVIDENCE AGAINST YOU AND YOUR POLITICAL COLLEAGES. Last week the MAILROOM forwarded the 8 ENVELOPES THAT THEY OBSTRUCTED TO GET TO TYHE FEDERAL AGENCIES COMPLAINING ABOUT THIS BUILDING and YOUR POSITION ON REFUSING TO DO YOUR JOB AND YOUR GOVERNOR, ATTORNEY

(if you need more space, use plain paper)                    *Inmate Signature*

**TO:** Medical Director Mattis _____        **DATE:** _____

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____

_____

_____

_____

*Staff Signature*

*******************************************************************************

**FROM:** _____        **DATE:** _____

**Staff Member Name/Office**

**REMARKS:** _____

_____

_____

_____

_____

_____

*Staff Signature*

**Received By** _____

*Inmate Signature*

Exhibit 1:23-cv-00450-SM-TSM **INMATE REQUEST SLIP**    Page 4 - 5

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO: Unit Supervisor, Security Lieutenant, CC/CM**          **DATE:** 9/29/24

**FROM:** Smith_____ Michael_____ R._____ **ID #:** _51542_____
             **Last Name**              **First Name**            **Middle Initial**

____NHSP-Men_____ Hancock_____ A-pod_____
             **Facility**                **Housing Unit**          **Cell**                    **Work/Shift**

**INMATE REQUEST:** GENERAL, WARDEN AND COMMISSIONER and the judges and lawyers
committing crimes for years will be brought to JUSTICE. My Attorney received
a complete packet of papers and documents with a large numbers of IRS'S that
were sent to you and the listed government officials with your comments so
the FEDERAL BUREAU OF INVESTIGATION can perform a colonoscopy on you all as
each are sitting there in place without your knowledge. My words for months
have been direct but with compassion, as I forgive each one of you, but the
thousands to millions of inmates across the United States won't be so forgiven
as I am. I know that each of you have a chose to make do you want to do your
job and completely close this place or continue and see if I am bluffing, you

have that RIGHTS.
(if you need more space, use plain paper)                    *Inmate Signature*

**TO:** _____    **DATE:** _____

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____
_____
_____

                                                              *Staff Signature*
*****************************************************************************************

**FROM:** _____    **DATE:** _____
     **Staff Member Name/Office**

**REMARKS:** _____
_____
_____
_____
_____

                                                              *Staff Signature*

                                   **Received By** _____
                                                              *Inmate Signature*

Exhibit 1:23-cv-00450-SM-TS **INMATE REQUEST SLIP**   Page 5 - 5

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO:  Unit Supervisor, Security Lieutenant, CC/CM**                **DATE:** 9/29/24

**FROM:** ___Smith_____Michael_____R._____  **ID #:** 51542_____
                **Last Name**              **First Name**        **Middle Initial**

_____NHSP-Men_____Hancock_____A-pod_____
                **Facility**                **Housing Unit**        **Cell**              **Work/Shift**

**INMATE REQUEST:** But I know that my Attorney will be calling the Administrative judge Monday morning and inform them of the package with tracking number of the 8 envelopes and ill he/she would forward them to the Federal of Bureau of Investigation and Department of Justice to investigate the Political Corruption in the Executive Branch of New Hampshire Government and DOC. I don't need to get medical attention from a facility that doesn't recognize the proper standard of care. When a EMT reports conditions of hazard to their doctor, nurses and medical director these individuals outside these walls will do everything within their power to secure, their patiences to safety and submit proper standard of care, and punish the violators, PERIOD!

(if you need more space, use plain paper)                **Inmate Signature**

**TO:** __Medical Director Mattis_____   **DATE:** _____

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____
_____
_____

                                                        **Staff Signature**
*******************************************************************************************

**FROM:** _____   **DATE:** _____
          **Staff Member Name/Office**

**REMARKS:** _____
_____
_____
_____
_____

                                                        **Staff Signature**

                                    **Received By** _____
                                                        **Inmate Signature**

Michael R. Smith, pro se
Po Box 14, #51542
Concord, N.H. 03301

New Hampshire Supreme Court
United States District Court
Governor Christopher Sununu

Re: GOD'S POWER

Date: July 14, 2024

To: Your Honors

I wanted to share with everyone of you something special how POWERFUL GOD ALMIGHTY IS!

Since I have been writing motions to each court from the 7th Circuit Probate and Superior Court, New Hampshire Supreme Court, United States District Court and New Hampshire Governor Christopher Sununu, there has been not much progress to correct your ways and REPENT for FORGIVENESS for your sins.

It wasn't until today the connections between MISCARRIAGE OF INJUSTICE and BROTHERHOOD can become blurred when the people that you appoint to positions of power, who can break the laws and rules that are supposedly to protect and treat each person EQUALLY. This morning during my reading the HOLY BIBLE and GLORIFYING AMIGHTY GOD, to serve you have to make decisions and place judgement that is not favorable to the one who ask you to bury or coverup.

The POWER OF GOD is upon each of you and do you want your legacy to be held down while selling your SOUL to benefit yourself or your party. As I have been forward with everything that I expose to you today, that GOD will be bringing to LIGHT every good deed to be outweighed by a decision or favor that injured one or many as your decision was not fair or equal, as you have allowed one to commit crimes while punishing one other. GOD treats each of HIS CHILDREN EQUALLY and we will be JUDGED EQUALLY no matter your position, either rich or poor you will be held according to your own deeds that you committed or assisted someone else to benefit from their wrong, where others are punished for the same thing.

The funny thing is how GOD shares through the spirit to explain certain parables about situations or incidences are created to try to open peoples EARS and EYES to correct their ways before the coming of JESUS CHRIST the SECOND TIME. I believe that each of you were christians and you all have a personal connection with GOD that I can't interfere, but I come to each of you because each of you play a important part in this matter as my current case is in your courts.

When the Attorney's General Office began there investigation Assistant Attorney General Brandon Garod was incharge to proscecute my case, in 2017 over the last 7 years throughout the case and the present time. I have addressed from the very beginning that my privacy was invaded financially and personally where I am sentenced to New Hampshire State Prison for 10 to 20 years for unauthorize taken with a restitution of over $495,000.00 very hefty, when in - fact I didn't take more than $300,000.00. I have shared many sinuous where I have identify Attorney Garod misconduct, crimes and ethical violations that violate my rights according to New Hampshire and United States Constitution not to be deprived equal treament or protection within the due process of the law.

It is funny how GOD WORKS and the willingness for a person to stay FAITHFUL and BELIEVE enough to endure everything one man has created and interfered with me after being sentenced here, the corruption and conspiracy to presistencies that Attorney has employeed men and women in New Hampshire State Prison to engage in behavior that has been going on for generations. GOD has heard every prayer that every inmate has asked about the corruption within the walls at this prison and in New Hampshire Government as well in the Judicial Branch.

Whenever a person says those words it inflames individuals as I did in 7th Circuit Court with Judge Weaver at the time, I didn't realize the inpack regarding that comment would ripple, only GOD knew so I could be given the parable to uncover it today and share with everyone of you.

Each peice had to be created to allow each individual involved to have stumbling blocks placed before your feet that include everyone who committed the assaults against me while making each of you aware how the system that you defend and protect is serverely broken and the only way to fix is teardown completely and rebuild from scratch. I imagine that you are saying are you nuts, no not at all, I am sharing these things because you are the captains of the ship that each of your subordinates

are laughing that they are protected by all laws and brotherhood to be ineffective and deprive our clients the fairness of due process of the law we prescribe.

EXAMPLE

Attorney Garod, allowed James Comosa jr., hack into or change his email from JamesComosa to tidinginfaith492@gmail.com after removing Mr. Smith as google account holder for that address on March 8th, 2028 at the time I wrote a letter to acting Attorney General Gordon MacDonald about James Comosa jr., on NHCOURT website. Even though Mr. Smith didn't understand how much influence Attorney Garod had over people higher than he was to brush off the issue and deceive Attorney General MacDonald by not being truthful. Attorney Garod also deceived 7th Circuit Court Judge Weaver and Judge Howard and many other court officials so that James Comosa could mismanage the entire estate of Mary G. Kibbe and blame Mr. Smith removing more than $495,000.00 as he has continued to expand his version.

In Mr. Smith's October 11th, 2022 sentencing hearing Attorney was instructed to submit a full version of exact moneys removed to be verified which he has never done, and also telling the court that the 30 Treasury Bonds were still in the Attorney Generals Office evidence room.

But in Estate Executor's Accounting Report for January 2022 - January 2023 the 30 Treasury Bonds were valued in June of 2017 of $335,000.00, but Ms. Kibbe didn't pass away until November 11, 2017 and Mr. Smith sent certified mail to public defender David Betancourt and receiving a email on September 25th, 2019 acknowledging the inventory.

So in October of 2019 Attorney General Investigator Calice Ducey signed the top of October 2019 Calculation Sheet for the 30 Treasury Bonds for $364,786.00, not $335,000.00, instead of being a $29,000.00 decrepency in-fact with 2022 Treasury Bond value should of been $60,000.00 increase to the October 2019 value of $364,786.00.

I am going to point out to you and bring this signerio to your attention because if anyon wants to silence or continue to punish a individual by engaging a two time murderer Clifford Eugene Avery to get Mr. SMith to assualt him to receive more prison time. I stand before you

and testify this TRUTH.

In August 23rd, 2018 Mr. Smith wrote this letter to Attorney General Gordon MacDonald about cybercrimes, identity and other crimes committed by James Comosa and also the Justice Department proscecutes the same crimes each day.

Somewhere around 2020-19 Governor inacted a Executor's Order for the Attorney General Public Integrity Investigation Policies and Procedures, the Attorney General at the time was Gordon MacDonald who the letter was sent to on August 23, 2018.

Today while I was going through The New Hampshire Constitution 1784, this book was published January 2021 with Governor Christopher Sununu as Governor and Judicial Branch Chief Justice Gordon MacDonald who is the head of New Hampshire Supreme Court.

GOD wants to bring to LIGHT these main points concerning a number of issues on who can you give JUDGEMENT when in-fact there is many Skeleton in some closets, that maybe place each one in HELL rather than in GOD'S GRACIOUS.

Mr. Smith didn't understand the magnitude of the situation as each day goes by and the amount of communications that he shares with each of you from the very start of my sentence, who I was actually talking with about the differentcy of JUSTICE. Anyone can be placed in FALSE LIGHT for any means to who it may be benefitting, either financially, reputation, or partnership to gain ground so they think, until the day they go before GOD ALMIGHTY.

When I read part of the New Hampshire Constitution for United States Constitution how this document was created 250 years ago to give equal treatment and protection to every United States Citizens that would deprive LIFE, LIBERTY or PROPERTY without the due process of the LAW. This booklet can be used for CRAP PAPER, because accordingly being everything Mr. Smith has produced and show mountains of material evidence to open your EYES AND EARS. The reason GOD'S WRATH will be upon everyone is that what you think that is discussed behind close doors or in dark places will no be seen, GOD has witnessed everything and I stand before you given you tools to completely correct your ways. But many will say deny GOD'S Advise that your system needs a complete overhaul and replace all the corrupt individual that have been named in many lawsuits brought before your courts each year.

What you may not comprephend is that these individuals indirectly involved each one of you, who did not commit any of their crimes, as they deceived each of you to beleiving they are telling the truth. But GOD'S HONEST TRUTH is that these individuals have more to lose than you so they have control to change, falsify and report accurrate information to keep getting into trouble or even fired and loss their benefits.

These individuals used their positions and friendship to get your trust that when anything is foundout your INTEGRITY, YOUR REPUTATION, YOUR HONOR will be demised by this cloud over each one of you. Their evil deeds were not created by none of you so why will they benefit from that problem.

So how can the rules, laws,policies, procedures or protocols be made to follow when in-fact you yourselves have created or designed rules and laws but deprive certain few while awarding others worst than the first. I would like to be given the opportunity to present three different senerios that will blow your minds, but this can't be done without all of your help, what I will show you can save the state of NEW HAMPSHIRE over BILLIONS OF DOLLARS OVER THE YEARS TO COME. I myself didn't expose this GOD did, through me for all of you to REPENT, ask for FORGIVENESS and get  MERCY in the KINGDOM of HEAVEN, but HELL always has room.


                GOD BLESS


                        Respectfully Submitted



                        Michael R. Smith

When all of the defendants received the last amended motion to district court my life will be in eminent danger and Clifford Eugene Avery will increase his pressure.

Sgt. Kelley would not move Mr. Avery instead he moved Emilo because Lt. Copps said to after Sgt. Kelley refused to move Emilo because of the dangerous situation Mr. Avery has placed on Mr. SMith and the two witnesses.

Exhibit 1:23-cv-00450-SM-**INMATE REQUEST SLIP**   page 1

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO: Unit Supervisor, Security Lieutenant, CC/CM**          **DATE:** 10/10/24

**FROM:** _____ Smith _____ Michael _____ T. _____   **ID #:** 51542
        **Last Name**      **First Name**    **Middle Initial**

        NHSP-Men        Hancock        A-pod
        **Facility**      **Housing Unit**    **Cell**          **Work/Shift**

**INMATE REQUEST:** Commissioner Hanks and Warden Edmark I can see that you hired contractors to fix the roof as they are sucking up the roof contents but are you also aware that every inmate and staff are receiving the BLACK MOLD SPORES from their work. I still don't understand the reasoning behind having inmates living in a condemned building infested throughout this building as the BLACK MOLD particles are coming through every vent system. I feel it harder to breathe since being placed here on August 2nd, as I have sent many Grievances to each of you. Your actions are grossly negligence and criminal to say the least wasting TAXPAYERS MONEY trying to patch a condemned Building that needs total destruction to remove the deep growth without and within the walls, ceilings and foundations. As this BLACK MOLD is throughout each Building.

(if you need more space, use plain paper)          *Inmate Signature*

**TO:** Commissioner Hanks, Warden Edmark, Governor Sununu   **DATE:** _____
    Attorney General Formelli
**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____

                    *Staff Signature*

**FROM:** _____   **DATE:** _____
    **Staff Member Name/Office**

**REMARKS:** _____

                    *Staff Signature*

Received By _____
                    *Inmate Signature*

Exhibit 1:23-cv-00450-SM- **INMATE REQUEST SLIP**                    page 2

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO:  Unit Supervisor, Security Lieutenant,  CC/CM**                    **DATE:** 10/10/24

**FROM:** _____ Smith _____ Michael _____ R. _____           **ID #:** 51542
|                  |                  |                 |
| Last Name        | First Name       | Middle Initial  |

|                  |                  |                 |
| NHSP-Men         | Hancock          | A-pod           |
| Facility         | Housing Unit     | Cell            | Work/Shift |

**INMATE REQUEST:** Each building that you are wasting and thrown away because of covering the roof doesn't get rid of BLACK BLACK the BLACK MOLD lives off moisture when every pipe is leaking, the duct work sweats, it rains out the thousands of cracks throughout the prison is feeding this MOLD no matter your efforts you will not win without tearing each building gutting each an every inch to eliminate this bacterial MOLD. Your ACTIONS have inflicted unnecessary health diseases that are criminal as each of you know about the thousands of inmates have been complaining over the decades, you won't escape prosecution not one of you. I intend to pursuit every possible agencies to make sure each inmate is compensated appropriately from your criminal actions, as the Federal Bureau of Investigation has already receive the 3 5 day notices the this prison mailroom obstructed to be delivered to

(if you need more space, use plain paper) them is surely enough to convict for Federal Crimes.        *Inmate Signature*

**TO:** Commissioner Hanks, Warden Edmark, Governor Sununu   **DATE:** _____
Attorney General Formelli

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____
_____
_____

_____
                                                        *Staff Signature*
*********************************************************************************************

**FROM:** _____   **DATE:** _____
   **Staff Member Name/Office**

**REMARKS:** _____
_____
_____
_____
_____
_____

_____
                                                        *Staff Signature*

                                    **Received By** _____
                                                        *Inmate Signature*

White-Official Record Office    Yellow-Inmate    Pink-Staff    SR-014 (a) Rev. 01/14

# INMATE REQUEST SLIP

Exhibit 1:23-cv-00450-SM-TSM                                    page 3

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO: Unit Supervisor, Security Lieutenant, CC/CM**          **DATE:** 10/10/26

**FROM:** ___Smith_____ ___Michael_____ ___R.___     **ID #:** 51542
        **Last Name**        **First Name**        **Middle Initial**

___NHSP-Men_____ ___Hancock_____ ___A-pod___
        **Facility**        **Housing Unit**        **Cell**        **Work/Shift**

**INMATE REQUEST:** What blows everyone's minds are what are you thinking that keeping these letters from Federal Agencies going to accomplish or hidew, you are fighting against GOD ALMIGHTY not me, trying to intervene for former Attorney General MacDonald and Assistant Attorney General Carod has only caused each one of you to destroy your careers and lives and get length prison times. I hope that each of you will enjoy the treatment that you have given to many prison inmates over the years depriving them justice for the injustice that you and your staff have deprive us of. I came to you regarding many crimes that were committed against me but you refused, denied and deprived me fair treatment or protection I feel sorry that you believe that you will getaway with everything, this time it is unlikely.

(if you need more space, use plain paper)                                    _____
                                               *Inmate Signature*

**TO:** Commissioner Hanks, Warden Edwards, Governor Fununu     **DATE:** _____
    Attorney General Forselli

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____
_____
_____

                                               *Staff Signature*
*******************************************************************************

**FROM:** _____     **DATE:** _____
    **Staff Member Name/Office**

**REMARKS:** _____
_____
_____
_____
_____
_____

                                               *Staff Signature*

                    **Received By** _____
                                               *Inmate Signature*

White - Offender Records Office          Yellow - Inmate          Pink - Staff          SR-014 (a) Rev. 01/14

Exhibit 1:23-cv-00450-SM-TSM                                    page 4

## INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO: Unit Supervisor, Security Lieutenant, CC/CM**                    **DATE:** 10/10/24

**FROM:** Smith                    Michael                    P.                    **ID #:** 51542

| Last Name | First Name | Middle Initial | |
|---|---|---|---|
| NHSP-Men | Hancock | A-pod | |
| **Facility** | **Housing Unit** | **Cell** | **Work/Shift** |

**INMATE REQUEST:** See in every letter, grievance or IRF I never threaten only saying the GOD'S HONEST TRUTH and each security camera, each inmate can testify to everything I say and you ded against me and them. No matter what you instruct a person to do you have created a witness against you so they can protect themselves from criminal charges, but your staff who works in these infested BLACK MOLD buildings have the same type of lawsuit against you and the state later when they get sick with health problems isn't that encouraging to except. As we watch contractors come into do work they are wearing protection gear, but the inmates or staff are unprotected from the BLACK MOLD SPORES, liek George Flyod said "I CAN'T-BREATHE" thank you and I mean each person as these agencies receive a copy of this IRF and my Attorney.

(if you need more space, use plain paper)                    *Inmate Signature*

**TO:** Commissioner Hanks, Warden Edmark, Governor Sununu                    **DATE:** _____
Attorney General Formelli

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____

_____

_____

_____

*Staff Signature*

*********************************************************************************

**FROM:**_____    **DATE:** _____
    **Staff Member Name/Office**

**REMARKS:** _____

_____

_____

_____

_____

_____

*Staff Signature*

                    **Received By** _____

                                        *Inmate Signature*

White: Offials Records Office          Yellow: Inmate          Pink: Staff          SR-014 (c) Rev. 01/14



**RECEIVED**

AUG 0 6 2024

Warden NHSP-M

## INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO: Unit Supervisor, Security Lieutenant, CC/CM     DATE: 8/2/24

FROM: __Smith__     __Michael__     __R__     ID #: 51543
      Last Name     First Name     Middle Initial

__NHSP-Men__     __H__     __A-4B__
Facility     Housing Unit     Cell     Work/Shift

INMATE REQUEST: Warden Edmark, why am I a level 5 and why did I get moved to Hancock Bldg (dir) where Cordcore works a Shift is this in retaliation to my District lawsuit this will be forwarded to court as exhibit. I want to be moved back to North Unit today. Mr Avery is the threat oder in North where the two witnesses are

(if you need more space, use plain paper)

_Inmate Signature_

TO: __Warden Edmark__     DATE: _____

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: __FWD__

_JT_
_Staff Signature_

*************************************************************

FROM: __M Edmark__     DATE: 10/4/2024
     Staff Member Name/Office

REMARKS: Your housing placement is not retaliation. It is for safety and security. You are a C-3-general population.

_M Edmark_
_Staff Signature_

Received By _____
_Inmate Signature_

White - Offender Records Office     Yellow - Inmate     Pink - Staff     SP-014 (a) Rev. 01/14

○                                   ○

Exhibit 1:23-cv-00450-SM-TSM        **INMATE REQUEST SLIP**        Page 1

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM.  Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO: Unit Supervisor, Security Lieutenant, CC/CM**                    **DATE:** _____

**FROM:** Smith _____ Michael _____ M. _____    **ID #:** _____

| Last Name | First Name | Middle Initial |
|-----------|------------|----------------|

NHSP-Men _____ Hancock _____ A-102 _____

| Facility | Housing Unit | Cell | Work/Shift |
|----------|-------------|------|------------|

**INMATE REQUEST:** Warden Edmark, I wanted to share this IRS with Governor Sununu, Attorney General Forrelli, Commissioner Hanks and Chief Justice MacDonald as each of you are attached to this entire situation covering up crimes committed by Assistant Attorney Generals Brandon Garod. I read your comment on the 5/3/24 IRS I sent you regarding safety and security, what is funny how can this be considered safety and security when assailant Cordova is the perpetrator who I filed over 15 complaints. But that matter is small to compared to the federal and postal crimes committed by your mailroom obstructing justice by hindering all legal communications to Federal Agencies. Their excuse is postage an incorrect address, well doesn't this prison and state of NH receive funds from the Federal Government and all Taxpayers for NH, as these agencies are within the Judicial and Justice Branch of Government which the postage is FREE.

(if you need more space, use plain paper)                    *Inmate Signature*

**TO:** Warden Edmark, Governor Sununu, Attorney General Forrelli, **DATE:** _____
Commissioner Hanks and Chief Justice MacDonald

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____

_____

_____

_____

                                    *Staff Signature*

∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗

**FROM:** _____    **DATE:** _____
        **Staff Member Name/Office**

**REMARKS:** _____

_____

_____

_____

_____

_____

                                    *Staff Signature*

            **Received By** _____

                                    *Inmate Signature*

White - Offender Records Office        Yellow - Inmate        Pink - Staff        SP-014 (a) Rev. 01/14



Exhibit 1:23-cv-00450-SM-TSM    **INMATE REQUEST SLIP**    Page 2

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO: Unit Supervisor, Security Lieutenant, CC/CM**              **DATE:** 10/13/24

**FROM:** Smith          Michael          E.          **ID #:** 91543

| Last Name | First Name | Middle Initial |
|---|---|---|
| NHSP-Men | Hancock | A-208 |
| **Facility** | **Housing Unit** | **Cell** | **Work/Shift** |

**INMATE REQUEST:** Your mailroom staff has sent me 5-5 day notices withholding these letters to US Judicial Conduct Committee, Administrative Judge, Federal Bureau of Investigation, Internal Revenue Services for postage or incorrect addresses which are all false. US Judicial Conduct Committee and Administrative Judge should have never been a issue or all of the other 13 overall agencies that operate within the Federal or State Government. Each one of you have been attached with over 13 Federal Crimes Obstructing Justice which I hope that each of you can explain to these agencies that they are not LEGAL AGENCIES. In the end I will be asking the courts to invoke my inmate number so each of you will be FOREVER reminded that you ALREADY sent a agreement to have you turn from your ways and REPENT and ASK FOR MERCY & HEAL. October 11th, 2024 is the state of GOD's REAPING the beginning of a REAP. I will be let FREE while I am walking out each one of you will be walked in FREED. Each of you had the authority, position and power to do the **Inmate Signature**
right thing and refused you REAP what YOU SOW.

(if you need more space, use plain paper)

**TO:** Warden Edmark, Governor Sununu, Attorney General Formella **DATE:** _____
Commissioner Hanks, Chief Justice MacDonald

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**
Your mailroom should have gotten legal advice before committing Federal Crimes

**REMARKS:** _____

_____

_____
*Staff Signature*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FROM:** _____ **DATE:** _____
     **Staff Member Name/Office**

**REMARKS:** _____

_____

_____

_____

_____

_____
*Staff Signature*

**Received By** _____
                    *Inmate Signature*

Exhibit 1:23-cv-00450-SM-TSM **INMATE REQUEST SLIP**    Page 1

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security
Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person.
Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO:  Unit Supervisor, Security Lieutenant, CC/CM**                    **DATE:** 10/11/2024

**FROM:** ~~SMYKMN~~ Smith~~s~~    Michael    R.                         **ID #:** 61542

| Last Name | First Name | Middle Initial |
|---|---|---|

| NHSP-Men | Hancock | A-pod |
|---|---|---|
| Facility | Housing Unit | Cell | Work/Shift |

**INMATE REQUEST:** Cpl Wienskoski and mailroom, today I just placed three
envelopes in the mailbox 1 going to Administrative Judge,1Federal Bureau of
Investigation and 1 going to the Internal Revenue Service and now you are
returning 1 to NH Judicial Conduct Comaitte a court subcommitte I guess that
will be address and another to Administrative Judge I know that it isn't the
one I certified and got the receipt. I am sending a couplke of cash withdrawl
slips to have the money removed from my account and place all envelopes except
for the NH Judicial Conduct Committee and send them all together to Office
of Administrative Judge, 8701 Morrissette Drive, Springfield VA 22152 certify
with return receipt for the two envelopes, as 1 to Springfield VA and the other
to Portsmouth NH

(if you need more space, use plain paper)                              *Inmate Signature*

**TO:** Cpl Wiensokski and mailroom and Warden Edmark             **DATE:** _____

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____

_____

_____

_____

                                                              *Staff Signature*
****************************************************************************************************

**FROM:** _____    **DATE:** _____
          **Staff Member Name/Office**

**REMARKS:** _____

_____

_____

_____

_____

_____

                                                              *Staff Signature*

                                  **Received By** _____
                                                              *Inmate Signature*

White - Offender Records Office        Yellow - Inmate        Pink - Staff        SP-014 (a) Rev. 01/14

Exhibit 1:23-cv-00450-SM-TSM.                                          Page 2

# INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO: Unit Supervisor, Security Lieutenant, CC/CM**                **DATE:** 10/11/2024

**FROM:** ___Smith_____Michael_____E._____        **ID #:** 51542
       **Last Name**        **First Name**      **Middle Initial**

     NHSP-Men_____Hancock_____A-pod_____
       **Facility**         **Housing Unit**       **Cell**        **Work/Shift**

**INMATE REQUEST:** The two witnesses that even complaint to the Mental Health was no reported by mental health but one inmate was moved to 1C because of the dangerous situation Mr. Avery caused, so your comment of saftey and security is a lie and will not investigated with the feds. Also another thing you did not respond to the Legal Notice regarding my legal documents held for over 96 days, so now answer that Ms Edmark, then your mailroom obstructing justice my legal mail to the Department of Justice, Federal Bureau of Investigation, Administrative Judge, US Attorney General and now NH Judicial Conduct Committee the department that over sees every court in NH and is a part of the court so why am I being charged for postage? I can't wait when everything hits the fan and see each one of you be held accountable for placing me in arms ways in a BLACK MOLD INFESTED BUILDING, THANK YOU I AM RICH(+

(if you need more space, use plain paper)                         *Inmate Signature*

**TO:** Warden Edmark, Governor Sununu, Attorney General Form **DATE:** _____
     Commissioner Hanks
**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____
_____
_____

                                *Staff Signature*

*************************************************************************

**FROM:** _____    **DATE:** _____
     **Staff Member Name/Office**

**REMARKS:** _____
_____
_____
_____
_____

                                *Staff Signature*

          **Received By** _____
                                *Inmate Signature*

White - Offender Records Office     Yellow - Inmate     Pink - Staff     SP-014 (a) Rev. 01/14

Exhibit 1:23-cv-00450-SM-TSM                                                    page 1
## INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO: Unit Supervisor, Security Lieutenant, CC/CM**                    **DATE:** 10/14/24

**FROM:** Smith                    Michael                    R.             **ID #:** 51542
          **Last Name**            **First Name**        **Middle Initial**

          NHSP-Men              Hancock              A-pod
          **Facility**          **Housing Unit**       **Cell**              **Work/Shift**

**INMATE REQUEST:** I am in receipt of your two 5 Day Notices with threats of
destroying the documents within these envelopes and to these agencies which
contain evidence that crimes were committed. I want to give you a education
lesson, you shared with me that the Annex account pays for postage free of
charges to inmate that are sent to the agencies within the prison guidelines
under legal mail section 7. The two letters that you intercepted are these
agencies, Judges and Judicial are within the same (COURTS) Administrative and
Committee( Administraters of Courts) the Judicial Branch( COURTS, JUDGES) and
the 11 envelopes in the last three 5 Day notices were from the JUSTICE BRANCH
(US ATTORNEY GENERAL, DEPT OF JUSTICE, FBI, IRS, and SOLICITOR GENERAL) who
PROSECUTE Crimes. Also in the guidelines under section M. Investigation
(if you need more space, use plain paper) Bureau cooperation with NH
State Police and Local Police Dept. IS that RIGHT?            *Inmate Signature*

**TO:** Cpl Wiensokaki, Mailroom Staff, Warden Edmark, Governo **DATE:** _____
Sununu, Attorney General Formelli, Commissioner Hanks.
**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____
_____
_____

                                                              _____
                                                              *Staff Signature*
*************************************************************************************

**FROM:** _____ **DATE:** _____
         **Staff Member Name/Office**

**REMARKS:** _____
_____
_____
_____
_____
_____

                                                              _____
                                                              *Staff Signature*

                                   **Received By** _____
                                                    *Inmate Signature*

White - Offender Records Office        Yellow - Inmate        Pink - Staff        SP-014 (a) Rev. 01/14

Exhibit 1:23-cv-00450-SM-TSM    page 2

## INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO:  Unit Supervisor, Security Lieutenant, CC/CM**                    **DATE:** 10/14/24

**FROM:** _____ Smith _____ Michael _____ R. _____     **ID #:** 51542
              **Last Name**          **First Name**      **Middle Initial**

_____ NHSP-Men _____ Hancock _____ A-pod _____
              **Facility**          **Housing Unit**       **Cell**              **Work/Shift**

**INMATE REQUEST:** As you know that it is a FEDERAL CRIMEE to OBSTRUCT JUSTICE or even threaten to destroy evidence through the Postal Services even more to reporting crimes to Federal Agencies, you interfered with 13 envelopes that is 13 federal charges, but you enhanced these charges by the threat to destroy to Intimidate, Harass and Retaliate a VICTIM of A CRIME and A WITNESS to a CRIME. The two 5 Day Notices are not going to be returned because they are considered more evidence that each of you created against yourselves, and further your sorrows is that a copy of both of these 5 Day Notices have been forwarded to NH Judicial Conduct Committee to help them in determining the additionalk charges against you and your co-conspirators. Each one of you have done everything to place a heavy burden on me by refusing to return these documents, causing me to go and make additional copies, also marking the stamps (if you need more space, use plain paper) on these envelopes unuseable, the need to purchase additional stamps for postage. I wander how you will exp **Inmate Signature** hase this matter to the Administrative Judges and Judicial Conduct Committee who

**TO:** Cpl Wisnsokski, Mailroom Staffs, Warden Edmark, Gover **DATE:** _____
Sununu, Attorney General Formelli and Commissioner Hanks

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____

_____

_____

                                                        _____
                                                        *Staff Signature*

*****************************************************************************************

**FROM:** _____     **DATE:** _____
          **Staff Member Name/Office**

**REMARKS:** _____

_____

_____

_____

_____

_____

                                                        _____
                                                        *Staff Signature*

                                    **Received By** _____
                                                        *Inmate Signature*

White - Offender Records Office          Yellow - Inmate          Pink - Staff          SP-014 (a) Rev. 01/14

Exhibit 1:23-cv-00450-SM-TSM  page 3

# INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO: Unit Supervisor, Security Lieutenant, CC/CM**

**DATE:** 10/14/24

**FROM:** ___Smith___ ___Michael___ ___R.___  **ID #:** 51542

| Last Name | First Name | Middle Initial |
|---|---|---|
| NHSP-Mean | Hancock | A-pod |
| **Facility** | **Housing Unit** | **Cell** | **Work/Shift** |

**INMATE REQUEST:** over see, discipline and set punish for Judges and Attorneys and authority to file charges against individuals as yourselves who violate and break Federal and State Laws. Do You also understand that the Federal and state Agencies that you Obstructed Justice of Communication can individually charge you seperately, for altering, concealing, covering, destroying, harassing intimidating, misusing, retaliating, Threatening to a vitim and witness tampering. The Federal Government can charge you as ENEMIES OF THE UNITED STATES for your assistance into a crime aiding and comforting a crime against the very JUDICIAL BRANCH by OFFICERS OF THE COURT. These crimes are punishable by fines and punishment ranging from a year to life in prison, in my case you have obstructed delivery of more than 13 times three envelopes missing IRS 2 envelopes and 1 Solicitor General. You believe that you are insuring me by (if you need more space, use plain paper) indirectly you have injured thousands of prison inmates **Inmate Signature** me but from decades of your behaviors identicial to mine. I will ask the Feds that

**TO:** Cpl Wiensockski, Warden Edmark, Mailroom Staff, Govern Sununu, Attorney General Formelli, Commissioner Hanks  **DATE:** _____

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____

_____

_____

_____
*Staff Signature*

*********************************************************************************

**FROM:**_____ **DATE:** _____
     **Staff Member Name/Office**

**REMARKS:** _____

_____

_____

_____

_____

_____
*Staff Signature*

**Received By** _____
          *Inmate Signature*

Exhibit 1:23-cv-00450-SM-TSM    page 4

## INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO:  Unit Supervisor, Security Lieutenant, CC/CM**          **DATE:** 10/14/24

**FROM:** _____ Smith _____ Michael _____ R. ____    **ID #:** 51542
          **Last Name**          **First Name**      **Middle Initial**

          NHSP-Men          Hancock          A-pod
          **Facility**          **Housing Unit**      **Cell**          **Work/Shift**

**INMATE REQUEST:** they ask the court to give each of you my inmate #51542 so all
of you will remember for the rest of your life GOD ALMIGHTY sent a MESSENGER
to tell you to turn from your ways and REPENT and ask GOD for MERCY and
FORGIVNESS. Today it is far to late, GOD will not hear your cries, each of
you injured ten times as many as the YDC case and every person who died in
9/11, you laughed snickered and gave high-fives thinking you were injuring just
Michael R. Smith, so further from GOD'S TRUTH you have injured thousands of
prison inmates. I hope that you can sleep well enough to enjoy the punishment
that GOD brings upon you, as I have forgiven you but the thousands injured
will not be so forgiven, and the fact that I have the burden of making more
copies and buying additional stamps for free postage, my returns will be a
couple of HUNDRED MILLION I will take that to the BANK. So you can either
(if you need more space, use plain paper) forward those envelopes to an Judicial Conduct Committee
Administrative, Judges, FBI and ~~XXXXXXX~~ Internal Revenue  ***Inmate Signature***
Service free postage or hold them or threaten to destroy them but they XXXXXX

**TO:** Cpl Wiensokski, Warden Edmark, Mailroom Staff, Governo  **DATE:** _____
Sununu, Attorney General Formelli, Commissioner Hanks

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____

_____

_____

                                        _____
                                        ***Staff Signature***

*******************************************************************************

**FROM:** _____    **DATE:** _____
        **Staff Member Name/Office**

**REMARKS:** _____

_____

_____

_____

_____

                                        _____
                                        ***Staff Signature***

                        **Received By** _____
                                        ***Inmate Signature***

Exhibit 1:23-cv-00450-SM-TSM

## INMATE REQUEST SLIP

page 5

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO:  Unit Supervisor, Security Lieutenant, CC/CM**                    **DATE:** 10/14/24

**FROM:** _____ Smith _____ Michael _____ R. _____    **ID #:** 51542
          **Last Name**        **First Name**    **Middle Initial**

          NHSP-Men            Hancock            A-pod
          **Facility**        **Housing Unit**   **Cell**           **Work/Shift**

**INMATE REQUEST:** should be returned. What you don't know the Judicial Conduct
Committee have docket this complaint and you might have known that is why you
re[fuse to mail these packets, either way this committee will receive copies
of your two 5 Day Notices asking them to ask for assistance from the Federal
Bureau of Investigation and Dept of Justice. It isn't so funny now GOD Always
provide a way when people who BEEN BLESSED BY GOD ABUSE THEIR AUTHORITY AND
POSITION, like you and all of your CO-CONSPIRITORS, your disgrace will in
prison you and FREE THOUSANDS OF INMATES. I DO NOT FEAR YOUR RETALIATION OR
THREATS OR ISOLATION I KNOW GOD IS IN CONTROL not you, when these agencies
sees the piles of documented evidence that you created against yourselves they
will see your crimes, didn't occur on 9/11/24 it was done many decades ago
with the testimony of every inmate here presently and past inmates when called
(if you need more space, use plain paper) to testify against these individuals who ABUSED THEIR
AUTHORITY and POSITION AND POWER instead of following the Federal and State Law    *Inmate Signature*

**TO:** Cpl Wiensokski, Warden Edmark, Mailroom, Governor ____ **DATE:** _____
Sununu, Attorney General Formelli, Commissioner hanks

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____
_____
_____

                                                    _____
                                                    *Staff Signature*
*********************************************************************************************

**FROM:** _____    **DATE:** _____
     **Staff Member Name/Office**

**REMARKS:** _____
_____
_____
_____
_____

                                                    _____
                                                    *Staff Signature*

                              **Received By** _____
                                                    *Inmate Signature*

Exhibit 1:23-cv-00450-SM-TSM

## INMATE REQUEST SLIP

page 6

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO: Unit Supervisor, Security Lieutenant, CC/CM**                    **DATE:** 10/14/24

**FROM:** ___Smith___                    ___Michael___                    ___R.___                    **ID #:** ___51542___
        **Last Name**                    **First Name**                    **Middle Initial**

    ___NHSP-Men___                    ___hancock___                    ___A-pod___
        **Facility**                    **Housing Unit**                    **Cell**                    **Work/Shift**

**INMATE REQUEST:** will come to a end. The Federal Agencies and Courts will see
in all of my documents that you was given every opportunities to do the right
thing and you refused to forward my legal mailings, so REAP WHAT YOU SOW. I
will wait upon the FEDS taken control and prosecuting those of you who the
FBI under a extreme colonoscipy indepth investigation to see who exact was
involved. I wish each of you the best, everything I speak, write or say will
be also done in court and in the Media how the TAXPAYERS DOLLARS are being
wasted and STOLEN with the SUNUNU ADMINISTRATION

(if you need more space, use plain paper)

*Inmate Signature*

**TO:** Cpl Wiensokski, Warden Edmark, Mailroom, Governorr    **DATE:** _____
    Sununu, Attorney General Formelli

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____

*Staff Signature*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FROM:** _____ **DATE:** _____
    **Staff Member Name/Office**

**REMARKS:** _____

*Staff Signature*

**Received By** _____

*Inmate Signature*

Exhibit 1:23-00450-SM-TSM **INMATE REQUEST SLIP** Page ∫

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO:  Unit Supervisor, Security Lieutenant, CC/CM**                **DATE:** 10/16/24

**FROM:** Smith _____ Michael _____ R. _____    **ID #:** 51542

| Last Name | First Name | Middle Initial |
|---|---|---|

NHSP-Men    Hancock    A-pod

| Facility | Housing Unit | Cell | Work/Shift |
|---|---|---|---|

**INMATE REQUEST:** I noticed today that you had scheduled three more medical appointments, even after I had sat in your office telling you about the crimes committed by the prison officials and up to the governor. I have attached a number of copies of IRS'S and District Court motion to know that Federal Laws were broken so you and your colleages there inmedical can see what this prison administration have placed you and your careers into jeopardy that is beyond criminal. Hearing Nurse Debbie in the control room rudely comments about me shows how intelligent she shows everyone, that she believes she is untouchable but she will be surprised when she is sitting in a prison cell. Nurse Chris, Nurse Debbie, Nurse Wright, Dr. Beniot and Medical Director Mattis is just a few number to name the majority in coming weeks. You said that you have mades complains to administration and it goes no ware, then you find away to get it
(if you need more space, use plain paper) to the appropriate authorities who will correct that medical problem or salty issue resolved, ignorance is n...    ***Inmate Signature*** the law.

**TO:** P Groce and Mdeical Staff _____    **DATE:** _____

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____
_____
_____

_____
***Staff Signature***
********************************************************************************

**FROM:** _____    **DATE:** _____
    **Staff Member Name/Office**

**REMARKS:** _____
_____
_____
_____
_____

_____
***Staff Signature***

**Received By** _____
    ***Inmate Signature***

White - Offender Records Office          Yellow - Inmate          Pink - Staff          SP-014 (a) Rev. 01/14

# INSTRUCTIONS

This form will be used by inmates of the New Hampshire Department of Corrections Facilities in Concord, Lakes Region, Goffstown, Berlin and Community Corrections Centers to communicate requests/issues to members of the Department of Corrections staff. Inmates serving sentences at other than New Hampshire State Prison Facilities may use stationary rather than inmate request slips.

The Yellow and White copies will be returned to you with a response. You must acknowledge receiving this response by signing the White original, which will then be returned to Offender Records for storage in archives for 3 years, after which it will be destroyed.

**The Yellow copy is YOUR copy. Please keep this for your records. This is your receipt of the request.**

Distribution of copies of this form: Give ALL copies to the Unit Supervisor, Security Lieutenant, or CC/CM.

# ADDRESS YOUR REQUEST AS FOLLOWS

Give all requests to your Unit Supervisor, Security Lieutenant, or CC/CM for prompt attention.

Strictly Confidential Requests may be placed in a sealed envelope and addressed to the appropriate staff member or Office (Commissioner, Warden, Bureau Administration, Investigations). If it is determined that your request could have been handled by a different party, it will be returned to your Unit Supervisor, Security Lieutenant, or CC/CM.

# IMPORTANT

**DO NOT** send requests written on other forms/paper. You **MUST USE THIS FORM** when communicating with staff. Other written forms will be returned unanswered.

Exhibit 1:23-cv-00450-SM-TSM    Page 2

## INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO: Unit Supervisor, Security Lieutenant, CC/CM**                    **DATE:** 10/16/24

**FROM:** Smith            Michael            R.            **ID #:** 51542

| Last Name | First Name | Middle Initial |
|---|---|---|

NHSP-Men            Hancock            A-pod

| Facility | Housing Unit | Cell | Work/Shift |
|---|---|---|---|

**INMATE REQUEST:** You can cancel the three appointments scheduled if I am not going to Concord Hospital or CMC to see these doctors face to face I don't need to be subjected to sitting in a waiting area and witnessing and listening to Unprofessional Nurse Debbie. I suggest each of you who want to try to save part of what is left to your careers I suggest you go to Massachusetts and visit with the Federal Bureau of Investigation and the Courts Administrative Judge before the come knocking on your home doors or here in this facility questioning why you didn't report this serious matter before now. I see that each of the people named here and the public officials be prosecuted accordingly to the Rule of Law and according to the Medical Boards Standard of Care and Ethical and Morale Standards of Care. I have shared with you about the conditions with Hancock Building and my pre-existing lung disease and you have the DUTY to REPORT to the appropriate AUTHORITY if it may be to the FEDS, the case number on top right is a well you are reading for a well documented civil and Criminal case for all prison inmates

(if you need more space, use plain paper)                    _Inmate Signature_

**TO:** NHState Prison NP Groce and Medical Staff                    **DATE:** _____

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:** _____

_____

_____

_____                    _Staff Signature_

*********************************************************************************

**FROM:** _____                    **DATE:** _____
        Staff Member Name/Office

**REMARKS:** _____

_____

_____

_____

_____

_____                    _Staff Signature_

                    **Received By** _____
                                        _Inmate Signature_

# INSTRUCTIONS

This form will be used by inmates of the New Hampshire Department of Corrections Facilities in Concord, Lakes Region, Goffstown, Berlin and Community Corrections Centers to communicate requests/issues to members of the Department of Corrections staff. Inmates serving sentences at other than New Hampshire State Prison Facilities may use stationary rather than inmate request slips.

The Yellow and White copies will be returned to you with a response. You must acknowledge receiving this response by signing the White original, which will then be returned to Offender Records for storage in archives for 3 years, after which it will be destroyed.

**The Yellow copy is YOUR copy. Please keep this for your records. This is your receipt of the request.**

Distribution of copies of this form: Give ALL copies to the Unit Supervisor, Security Lieutenant, or CC/CM.

---

# ADDRESS YOUR REQUEST AS FOLLOWS

Give all requests to your Unit Supervisor, Security Lieutenant, or CC/CM for prompt attention.

Strictly Confidential Requests may be placed in a sealed envelope and addressed to the appropriate staff member or Office (Commissioner, Warden, Bureau Administration, Investigations). If it is determined that your request could have been handled by a different party, it will be returned to your Unit Supervisor, Security Lieutenant, or CC/CM.

---

# IMPORTANT

**DO NOT** send requests written on other forms/paper. You **MUST USE THIS FORM** when communicating with staff. Other written forms will be returned unanswered.

Michael P Smith pro se 81542 Legal Self Representative
Po Box 14
Concord, NH 03301

GND ADV

US POSTAGE ~PITNEY BOWES

ZIP 03301
02 1W
0001403591 OCT 17 2024
$ 006.90⁰

US District Court
Warren B. Rudman Courthouse rm 110
55 Pleasant Street
Concord, NH 03301

Legal/Privilege

