UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Michael Robert Smith</u>

    v.                                                      Case No. 23-cv-450-SM

Governor, NH, State of et al

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated August 18, 2025, for the reasons set forth therein.

**So Ordered.**

                                                                                  _____
                                                                                  Steven J. McAuliffe
                                                                                 United States District Judge

Date: September 11, 2025

cc:   Michael Smith, pro se