UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Michael Robert Smith</u>

    v.                                Case No. 23-cv-450-SM

<u>Governor, NH, State of et al</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha Saint-Marc dated September 17, 2025, for the reasons set forth therein.

The clerk of court shall enter Judgment and close the case.

**So Ordered.**

                                            _____
                                            Steven J. McAuliffe
                                            United States District Judge

Date: October 20, 2025

cc:   Michael Robert Smith, pro se